Lawrence Marks, Esq  SBN: 153460
MARDIROSSIAN & ASSOCIATES, INC.
6311 Wilshire Boulevard
Los Angeles, CA 90048
(323) 653-6311

# UNITED STATES DISTRICT COURT OF CALIFORNIA - EASTERN DIVISION
## EASTERN DIVISION

| | |
|---|---|
| S.L., etc., et al.                    Plaintiff(s) | **CASE NUMBER:** 5:24-cv-00249-SHK |
| v. | **PROOF OF SERVICE SUMMONS AND COMPLAINT** |
| County of Riverside              Defendant(s) | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☑ Summons     ☐ First Amended Complaint      ☐ Third Party Complaint
      ☑ Complaint     ☐ Second Amended Complaint    ☐ Counter Claim
      ☐ Alias Summons ☐ Third Amended Complaint    ☐ Cross Claim
      ☑ other **See attached Document List**

2. **Person served:**

   a. ☑ Defendant *(name:)* **County of Riverside**
   b. ☑ Other *(specify name and title or relationship to the party/business named)*:
      **Teresa Powell - Clerk of the Board**
   c. ☑ Address where the papers were served: **4080 Lemon Street, 1st Floor**
      **Riverside, CA 92501**

3. **Manner of Service** in compliance with *(the appropriate box* **must** *be checked)*:

   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☑ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☑ Papers were served on *(date):* **2/14/2024** at *(time):* **12:01 PM**

   b. ☐ By **Substituted Service.** By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ Papers were served on *(date):* at *(time):*

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☐ **papers were mailed on**

      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015
Phone: (213) 249-9999   Fax: (213) 249-9990

Continued from Proof of Service

**CLIENT:** MARDIROSSIAN & ASSOCIATES, INC.

**CLIENT FILE #:** 4323

**DATE:** February 20, 2024

**SUBJECT:** County of Riverside

```
Summons; Complaint; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF
INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE TO COUNSEL (FOR USE IN
DIRECT ASSIGNMENT OF CIVIL CASES TO MAGISTRATE JUDGES PROGRAM ONLY);
STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE
JUDGE (FOR USE IN DIRECT ASSIGNMENT OF CIVIL CASES TO MAGISTRATE
JUDGES PROGRAM ONLY); APPLICATION FOR THE APPOINTMENT OF GUARDIAN AD
LITEM FOR V.L.; [PROPOSED] ORDER RE: APPLICATION FOR THE APPOINTMENT
OF GUARDIAN AD LITEM FOR V.L.; NOTICE OF LODGING [PROPOSED] ORDER RE
APPLICATION FOR THE APPOINTMENT OF GUARDIAN AD LITEM FOR V.L.;
DECLARATION OF AMBER SNETSIGNER AS GUARDIAN AD LITEM FOR MINOR
PLAINTIFF V.L. AS A SUCCESSOR IN INTEREST TO JOHNNY RAY LLAMAS;
ORDER RE: APPLICATION FOR THE APPOINTMENT OF GUARDIAN AD LITEM FOR
V.L.; APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR S.L.;
NOTICE OF LODGING [PROPOSED] ORDER RE APPLICATION FOR THE
APPOINTMENT OF GUARDIAN AD LITEM FOR S.L.; [PROPOSED] ORDER RE:
APPLICATION FOR THE APPOINTMENT OF GUARDIAN AD LITEM FOR S.L.;
DECLARATION OF KRISTINE LLAMAS LEYVA AS GUARDIAN AD LITEM FOR MINOR
PLAINTIFF S.L. AS A SUCCESSOR IN INTEREST TO JOHNNY RAY LLAMAS;
ORDER RE: APPLICATION FOR THE APPOINTMENT OF GUARDIAN AD LITEM FOR
S.L.
```

**S.L., et al. v. County of Riverside, et al. 5:24-cv-00249-SHK**

**Service Packet re Complaint (documents: 65 pp.)**

Summons in a Civil Action (1 pg.)

Complaint (29 pp.)

Civil Cover Sheet (3 pp.)

Certification and Notice of Interested Parties (1 pg.)

Notice to Counsel [Notice of Assignment] to Civil Magistrate Judge (2 pp.)

Statement Of Consent To Proceed Before A United States Magistrate Judge [blank form to be filled out] (1 pg.)

Application for the Appointment of Guardian ad Litem for V.L. (2 pp.)

[Proposed] Order re Application for the Appointment of Guardian ad Litem for V.L. (2 pp.)

Notice of Lodging [Proposed] Order re Application for the Appointment of Guardian ad Litem for V.L. (2 pp.) with [Proposed] Order re Application for the Appointment of Guardian ad Litem for V.L. (2 pp.)

Declaration of Amber Snetsinger as Guardian ad Litem for Minor Plaintiffs V.L. as Successor in Interest to Johnny Ray Llamas (5 pp.)

Order Granting Application for the Appointment of Amber Snetsinger to Serve as Guardian Ad Litem for Minor Plaintiff V.L. (2 pp.)

Application for the Appointment of Guardian ad Litem for S.L. (2 pp.)

Notice of Lodging [Proposed] Order re Application for the Appointment of Guardian ad Litem for S.L. (2 pp.) with [Proposed] Order re Application for the Appointment of Guardian ad Litem for S.L. (2 pp.)

Declaration of Kristine Llamas Leyva as Guardian ad Litem for Minor Plaintiff S.L. as Successor in Interest to Johnny Ray Llamas (5 pp.)

Order Granting Application for the Appointment of Kristine Llamas Leyva to Serve as Guardian Ad Litem for Minor Plaintiff S.L. (2 pp.)

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.**  By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other**  (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

      Name of person served:

      **Title of person served:**

      **Date and time of service:** *(date):*   at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   **Christian Canas**
   **Nationwide Legal, LLC**
   **1609 James M Wood Blvd.**
   **Los Angeles, CA 90015**
   **(213) 249-9999**

   a. Fee for service: $ **234.00**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server
      Registration # :**1328**
      County: **San Bernardino**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **February 20, 2024**          **Christian Canas**
                              *Type or Print Server's Name*                              *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)                                                                                                         PAGE 2
                                                                                                                 LA490731