Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Lynn Carpenter (State Bar No. 310011)
  *lynn.carpenter@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, COUNTY OF
RIVERSIDE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L. a minor by and through the Guardian Ad Litem Kristine Llamas-Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and through the Guardian Ad Litem Amber Sietsinger, individually and as successor-in-interest to JOHNNY-RAY LLAMAS deceased; and CAROLYN CAMPBELL, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE; and DOES 1¬10, inclusive, <br><br> Defendant. | Case No.: 5:24-cv-00249-SHK <br> Hon. Shashi H. Kewalramani <br><br><br> **NOTICE OF INTERESTED PARTIES** <br><br><br> *Action Filed:        02/01/2024* |

TO THE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

The undersigned, as counsel of record for defendant COUNTY OF RIVERSIDE certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made pursuant to Cal. Local Rule 7.1-1, to enable the court to evaluate possible disqualification or recusal:

1.     Plaintiff, S.L. a minor by and through the Guardian Ad Litem Kristine Llamas-Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased;

2.     Plaintiff, V.L., by and through the Guardian Ad Litem Amber Sietsinger, individually and as successor-in-interest to JOHNNY-RAY LLAMAS deceased;

3.     Plaintiff, CAROLYN CAMPBELL; and

4.     Defendant, COUNTY OF RIVERSIDE.

DATED:  March 4, 2024       **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By:     /s/ *Lynn Carpenter*

Eugene P. Ramirez
Lynn L. Carpenter
Kayleigh Andersen
Attorneys for Defendant, COUNTY OF RIVERSIDE

2