# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L., et al., | CASE NUMBER: |
| | 5:24-cv-00249-SHK |
| v.                                           Plaintiff(s), | |
| COUNTY OF RIVERSIDE, et al., | **NOTICE OF REASSIGNMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE** |
| | **(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)** |
| Defendant(s) | |

TO ALL COUNSEL/PARTIES APPEARING OF RECORD:

[✔] Party(ies) has/have not submitted their statement of consent form to proceed before a U.S. Magistrate Judge within the time required by the Local Rules.

[ ] Party declined to consent to the exercise of jurisdiction by the Magistrate Judge.

[ ] A Motion or Application requiring immediate attention has been filed prior to the parties' consent to the exercise of jurisdiction by the Magistrate Judge.

[ ] Other: _____

Pursuant to General Order 12-02 and for the reason stated above, this case is hereby randomly reassigned to the Honorable _____Christina A. Snyder_____, United States District Judge, for all further proceedings.

Any discovery matters that may be referred to a Magistrate Judge are hereby randomly assigned to the Honorable _____Sheri Pym_____, United States Magistrate Judge.

On all documents subsequently filed in this case, please substitute the initials _____CAS(SPx)_____ after the case number in place of the initials of the prior judge, so that the case number will read _____5:24-cv-00249 CAS(SPx)_____. All subsequently filed documents must reflect the new initials because documents are routed to the assigned judges by means of these initials.

Clerk, U. S. District Court

Date: _____03/28/2024_____         By: _____Robert R. Nadres_____

cc: [ ] *Previous Magistrate Judge*