UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  ED24CV00249-CAS (SPx)                                          Date:  June 3, 2024

Title    S.L. et al., v. County of Riverside, et al.

Present: The Honorable:    CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Charles A. Rojas | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:**     **SCHEDULING CONFERENCE**

Hearing held and counsel are present.  The Court confers with counsel and schedules the following dates:

Request for leave to file amended pleadings or to add parties: November 15, 2024;
Settlement Completion Cutoff: August 6, 2025 (ADR-12 to issue);
Factual Discovery Cut-off: **March 21, 2025**;
Last Day to File Motions: May 16, 2025;
Exchange of Expert Reports Cut-off:  April 4, 2025;
Exchange of Rebuttal Reports Cut-off: April 25, 2025;
Expert Discovery Cut-off: May 16, 2025;
Status Conference re: Settlement **(11:00 A.M.)**: August 18, 2025; (The parties may appear by Zoom.)
Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.): September 8, 2025;** and Court or Jury Trial **(9:30 A.M.): October 7, 2025** (Estimate 5-7 Days).

Motions in limine shall be noticed for the same date and time of the Pretrial Conference, and filed 28 days prior thereto.  No more than four (4) Motions in limine filed, per side.  Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  ED24CV00249-CAS (SPx)                                        Date:  June 3, 2024

Title    S.L. et al., v. County of Riverside, et al.

Counsel inform the court of the parties' preference to go before a private mediator  [or Court's Settlement Panel] for settlement purposes.

Case is referred to Court Mediation panel.  ADR-12 to issue.

|  | 00:17 |
|---|---|
| **Initials of Preparer** | CR |