Dale K. Galipo (SBN 144074)
21800 Burbank Blvd, Suite 310
Woodland Hills, CA 91367
(818)347-3333

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L., by and through her G.A.L. Kristine Llamas Leyva; V. L. by and through her G.A.L. Amber Snetsinger; Carolyn Campbell,<br><br>Plaintiff(s)<br>v.<br><br>County of Riverside, DOES 1-10<br><br>Defendant(s). | CASE NUMBER:<br><br>5:24-cv-00249-CAS-SP<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that ___Richard Copeland___ may serve as the Panel Mediator in the above-captioned case. ___Shannon J. Leap___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___TBD___ (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: ___

Dated: 06/10/2024   /s/ Dale K. Galipo
                    Attorney For Plaintiff   Plaintiff V.L.

Dated: 06/10/2024   /s/ Lawrence D. Marks
                    Attorney For Plaintiff   Plaintiffs S.L, Carolyn Cambpell

Dated: 6/10/2024    /s/ Kayleigh Anderson
                    Attorney For Defendant   County of Riverside

Dated: ___          ___
                    Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)   **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**