Dale K. Galipo, Esq., #144074
dalekgalipo@yahoo.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 92367-6479
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiff V.L.

Garo Mardirossian, Esq., #101812
garo@garolaw.com
Lawrence D. Marks, Esq., #153460
Lmarks@garolaw.com
**MARDIROSSIAN AKARAGIAN, LLP**
6311 Wilshire Boulevard
Los Angeles, CA 90048-5001
Telephone (323) 653-6311
Facsimile (323) 651-5511

Attorneys for Plaintiffs S.L. and CAROLYN CAMPBELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L., a minor by and through the Guardian Ad Litem Kristine Llamas Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and through the Guardian Ad Litem Amber Snetsinger, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; and CAROLYN CAMPBELL, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.** 5:24-cv-00249-CAS-SP<br><br>*Hon. Christina A. Snyder,*<br>*Hon. Magistrate Sheri Pym,*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE PROPOSED AMENDED COMPLAINT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Before the court is a motion to amend pursuant to Fed. R. Civ. P. 15(a) filed by Plaintiffs S.L., V.L. and Carolyn Campbell. Good cause appearing therefrom, Plaintiffs are granted leave to file a First Amended Complaint specifically for the purpose of replacing Doe Defendants 1-2 with the names of (1) Jimmie McGuire, (2) Shawn Hubachek.

Plaintiffs have seven (7) days from the date of this order to file a First Amended Complaint. Defendants shall have twenty-one (21) days from the date of service to file a responsive pleading.

IT IS SO ORDERED.

Dated:_____

By:_____
Hon. Christina A. Snyder
United States District Court Judge

-1-
[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE PROPOSED AMENDED COMPLAINT

-0-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR DAMAGES