Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Lynn Carpenter (State Bar No. 310011)
  *llc@manningllp.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor,
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF
RIVERSIDE, SHAWN HUBACHECK,
and JIMMIE MCGUIRE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L. a minor by and through the Guardian Ad Litem Kristine Llamas Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and through the Guardian Ad Litem Amber Sietsinger, individually and as successor-in-interest to JOHNNY RAY LLAMAS deceased; and CAROLYN CAMPBELL, individually,<br><br>                Plaintiffs,<br><br>        VS.<br><br>COUNTY OF RIVERSIDE; and DOES 110, inclusive,<br><br>                Defendants. | Case No.: 5:24-cv-00249-SHK<br>*Hon. Shashi H. Kewalramani*<br><br>**DEFENDANTS COUNTY OF RIVERSIDE, SHAWN HUBACHEK, AND JIMMIE MCGUIRE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**<br><br><br>*Action Filed:        02/01/2024* |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants County of Riverside, Shawn Hubachek, and Jimmie McGuire ("Defendants") answers the First Amended Complaint ("FAC") of Plaintiffs ("Plaintiffs"). If an averment is not specifically admitted, it is hereby denied.

## ANSWER TO FAC

1.      Answering Paragraph 1, Defendants admit that this Court has original jurisdiction of plaintiffs' federal claims pursuant to 28 U.S.C. § 1331 and §1343(a)(3)-

(4), and that this Court has supplemental jurisdiction of plaintiffs' state law claims pursuant to 28 U.S.C. § 1367(a).  Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

2.    Answering Paragraph 2, Defendants admit that venue is proper before this Court.  Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

3.    Answering Paragraph 3, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 3 further contains legal conclusions and argument as to which no response is required.

4.    Answering Paragraph 4, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

5.    Answering Paragraph 5, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

6.    Answering Paragraph 6, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

7.    Answering Paragraph 7, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

8.    Answering Paragraph 8, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

9.    Answering Paragraph 9, Defendants admit that at all relevant times the COUNTY OF RIVERSIDE was a public entity organized and existing under the laws

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

of the state of California.  Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

10.     Answering Paragraph 10, Defendants admit that SHAWN HUBACHEK and JIMMIE MCGUIRE at all times relevant to the operative FAC were employees of the COUNTY OF RIVERSIDE acting within the course and scope of their employment.  Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

11.     Answering Paragraph 11, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 11 further contains legal conclusions and argument as to which no response is required.

12.     Answering Paragraph 12, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

13.     Answering Paragraph 13, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 13 further contains legal conclusions and argument as to which no response is required.

14.     Answering Paragraph 14, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 14 further contains legal conclusions and argument as to which no response is required.

15.     Answering Paragraph 15, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 15 further contains legal conclusions and argument as to which no response is required.

16.     Answering Paragraph 16, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

3
DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

therein and on that basis deny such allegations. Paragraph 16 further contains legal conclusions and argument as to which no response is required.

17. Answering Paragraph 17, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 16, inclusive, of the FAC.

18. Answering Paragraph 18, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

19. Answering Paragraph 19, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

20. Answering Paragraph 20, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 20 further contains legal conclusions and argument as to which no response is required.

21. Answering Paragraph 21, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 21 further contains legal conclusions and argument as to which no response is required.

22. Answering Paragraph 22, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 22 further contains legal conclusions and argument as to which no response is required.

23. Answering Paragraph 23, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 23 further contains legal conclusions and argument as to which no response is required.

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

24.     Answering Paragraph 24, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 24 further contains legal conclusions and argument as to which no response is required.

25.     Answering Paragraph 25, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 25 further contains legal conclusions and argument as to which no response is required.

26.     Answering Paragraph 26, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 26 further contains legal conclusions and argument as to which no response is required.

27.     Answering Paragraph 27, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 27 further contains legal conclusions and argument as to which no response is required.

28.     Answering Paragraph 28, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 28 further contains legal conclusions and argument as to which no response is required.

29.     Answering Paragraph 29, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 29 further contains legal conclusions and argument as to which no response is required.

30.     Answering Paragraph 30, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 30 further contains legal conclusions and argument as to which no response is required.

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

31.    Answering Paragraph 31, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 31 further contains legal conclusions and argument as to which no response is required.

32.    Answering Paragraph 32, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 32 further contains legal conclusions and argument as to which no response is required.

33.    Answering Paragraph 33, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 33 further contains legal conclusions and argument as to which no response is required.

34.    Answering Paragraph 34, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 34 further contains legal conclusions and argument as to which no response is required.

35.    Answering Paragraph 35, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 35 further contains legal conclusions and argument as to which no response is required.

36.    Answering Paragraph 36, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 36 further contains legal conclusions and argument as to which no response is required.

///

///

///

///

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

37.    Answering Paragraph 37, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

38.    Answering Paragraph 38, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 37, inclusive, of the FAC.

39.    Answering Paragraph 39, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 39 further contains legal conclusions and argument as to which no response is required.

40.    Answering Paragraph 40, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 40 further contains legal conclusions and argument as to which no response is required.

41.    Answering Paragraph 41, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 41 further contains legal conclusions and argument as to which no response is required.

42.    Answering Paragraph 42, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 42 further contains legal conclusions and argument as to which no response is required.

43.    Answering Paragraph 43, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 43 further contains legal conclusions and argument as to which no response is required.

///

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

44.    Answering Paragraph 44, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 44 further contains legal conclusions and argument as to which no response is required.

45.    Answering Paragraph 45, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 45 further contains legal conclusions and argument as to which no response is required.

46.    Answering Paragraph 46, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 46 further contains legal conclusions and argument as to which no response is required.

47.    Answering Paragraph 47, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 47 further contains legal conclusions and argument as to which no response is required.

48.    Answering Paragraph 48, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 47, inclusive, of the FAC..

49.    Answering Paragraph 49, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 49 further contains legal conclusions and argument as to which no response is required.

50.    Answering Paragraph 50, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 50 further contains legal conclusions and argument as to which no response is required

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

51.    Answering Paragraph 51, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 51 further contains legal conclusions and argument as to which no response is required.

52.    Answering Paragraph 52, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 52 further contains legal conclusions and argument as to which no response is required.

53.    Answering Paragraph 53, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 53 further contains legal conclusions and argument as to which no response is required.

54.    Answering Paragraph 54, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 54 further contains legal conclusions and argument as to which no response is required.

55.    Answering Paragraph 55, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 55 further contains legal conclusions and argument as to which no response is required.

56.    Answering Paragraph 56, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 55, inclusive, of the FAC.

57.    Answering Paragraph 57, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 57 further contains legal conclusions and argument as to which no response is required.

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

58.    Answering Paragraph 58, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 58 further contains legal conclusions and argument as to which no response is required.

59.    Answering Paragraph 59, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 59 further contains legal conclusions and argument as to which no response is required.

60.    Answering Paragraph 60, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 60 further contains legal conclusions and argument as to which no response is required.

61.    Answering Paragraph 61, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 61 further contains legal conclusions and argument as to which no response is required.

62.    Answering Paragraph 62, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 62 further contains legal conclusions and argument as to which no response is required.

63.    Answering Paragraph 63, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 63 further contains legal conclusions and argument as to which no response is required.

64.    Answering Paragraph 64, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 64 further contains legal conclusions and argument as to which no response is required.

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

65.     Answering Paragraph 65, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 64, inclusive, of the FAC.

66.     Answering Paragraph 66, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 66 further contains legal conclusions and argument as to which no response is required.

67.     Answering Paragraph 67, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 67 further contains legal conclusions and argument as to which no response is required.

68.     Answering Paragraph 68, including subsections (a) – (g), Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 68 further contains legal conclusions and argument as to which no response is required.

69.     Answering Paragraph 69, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 69 further contains legal conclusions and argument as to which no response is required.

70.     Answering Paragraph 70, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 70 further contains legal conclusions and argument as to which no response is required.

///

///

///

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

71.    Answering Paragraph 71, including subsections (a) – (l), Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 71 further contains legal conclusions and argument as to which no response is required.

72.    Answering Paragraph 72, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 72 further contains legal conclusions and argument as to which no response is required.

73.    Answering Paragraph 73, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 73 further contains legal conclusions and argument as to which no response is required.

74.    Answering Paragraph 74, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 73, inclusive, of the FAC.

75.    Answering Paragraph 75, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 75 further contains legal conclusions and argument as to which no response is required.

76.    Answering Paragraph 76, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 76 further contains legal conclusions and argument as to which no response is required.

77.    Answering Paragraph 77, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 77 further contains legal conclusions and argument as to which no response is required.

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

78.    Answering Paragraph 78, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 78 further contains legal conclusions and argument as to which no response is required.

79.    Answering Paragraph 79, including subsections (a) – (l), Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 79 further contains legal conclusions and argument as to which no response is required.

80.    Answering Paragraph 80, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 80 further contains legal conclusions and argument as to which no response is required.

81.    Answering Paragraph 81, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 81 further contains legal conclusions and argument as to which no response is required.

82.    Answering Paragraph 82, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 81, inclusive, of the FAC.

83.    Answering Paragraph 83, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 83 further contains legal conclusions and argument as to which no response is required.

84.    Answering Paragraph 84, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 84 further contains legal conclusions and argument as to which no response is required.

13

85.    Answering Paragraph 85, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 85 further contains legal conclusions and argument as to which no response is required.

86.    Answering Paragraph 86, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 86 further contains legal conclusions and argument as to which no response is required.

87.    Answering Paragraph 87, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 87 further contains legal conclusions and argument as to which no response is required.

88.    Answering Paragraph 88, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 88 further contains legal conclusions and argument as to which no response is required.

89.    Answering Paragraph 89, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 89 further contains legal conclusions and argument as to which no response is required.

90.    Answering Paragraph 90, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 89, inclusive, of the FAC.

91.    Answering Paragraph 91, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 91 further contains legal conclusions and argument as to which no response is required.

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

92.    Answering Paragraph 92, including subsections (a) – (i), Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 92 further contains legal conclusions and argument as to which no response is required.

93.    Answering Paragraph 93, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 93 further contains legal conclusions and argument as to which no response is required.

94.    Answering Paragraph 94, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 94 further contains legal conclusions and argument as to which no response is required.

95.    Answering Paragraph 95, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 95 further contains legal conclusions and argument as to which no response is required.

96.    Answering Paragraph 96, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 96 further contains legal conclusions and argument as to which no response is required.

97.    Answering Paragraph 97, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 97 further contains legal conclusions and argument as to which no response is required.

98.    Answering Paragraph 98, Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 97, inclusive, of the FAC.

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

99.    Answering Paragraph 99, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 99 further contains legal conclusions and argument as to which no response is required.

100.    Answering Paragraph 100, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 100 further contains legal conclusions and argument as to which no response is required.

101.    Answering Paragraph 101, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 101 further contains legal conclusions and argument as to which no response is required.

102.    Answering Paragraph 102, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 102 further contains legal conclusions and argument as to which no response is required.

103.    Answering Paragraph 103, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 103 further contains legal conclusions and argument as to which no response is required.

104.    Answering Paragraph 104, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 104 further contains legal conclusions and argument as to which no response is required.

105.    Answering Paragraph 105, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 105 further contains legal conclusions and argument as to which no response is required.

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

106.   Answering Paragraph 106, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 106 further contains legal conclusions and argument as to which no response is required.

107.   Answering Paragraph 107, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 107 further contains legal conclusions and argument as to which no response is required.

108.   Answering Paragraph 108, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 108 further contains legal conclusions and argument as to which no response is required.

109.   Answering Paragraph 109, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 109 further contains legal conclusions and argument as to which no response is required.

110.   Answering the Prayer for Relief, including subsections (1) through (9), Defendants deny that Plaintiffs are entitled to the relief requested, or to any damages at all, and Defendants deny all liability and/or wrongdoing.

## AFFIRMATIVE DEFENSES

Defendants plead the following separate defenses.  Defendants reserve the right to assert additional affirmative defenses that discovery indicates are proper.

## FIRST AFFIRMATIVE DEFENSE

### (Tort Claims Act Violation)

1.   This action is barred by the plaintiffs' failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

17

MANNING | KASS

## SECOND AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, Unclean Hands)

2.      Defendants allege that plaintiffs' actions are barred by reason of conduct, actions and inactions of plaintiff(s) which amount to and constitute a waiver of any right plaintiffs may or might have had in reference to the matters and things alleged in the FAC, or that otherwise estop plaintiffs from recovery in this action, including but not limited to the doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

3.      Plaintiffs' claims are barred or limited to the extent plaintiffs failed to mitigate plaintiffs' injuries or damages, if there were any.  Plaintiffs have failed to mitigate the damages, if any, which plaintiffs have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, plaintiffs have failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries, and failed to take reasonable precautions to reduce any injuries and damages.

## FOURTH AFFIRMATIVE DEFENSE

### (Contributory and/or Comparative Liability)

4.      Plaintiffs'      claims      are      barred      or      limited      by      plaintiff's contributory/comparative negligence or other conduct, acts, or omissions, and to the extent the plaintiffs suffered any injury or damages, it was the result of plaintiffs' decedent's own negligent or deliberate actions or omissions.

**5.**      Plaintiffs' recovery is barred because any injury or damage suffered by plaintiffs was caused solely by reason of the plaintiffs' decedent's wrongful acts and conduct and the willful resistance to a sworn peace officer in the discharge of their duties.

///

///

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

**FIFTH AFFIRMATIVE DEFENSE**

**(Public Entity/Employee Immunity for Discretionary Acts)**

6.      There is no liability for any injury or damages, if there were any, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq*.

7.      Plaintiffs' recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

8.      Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et. seq.*, 820 *et. seq.*

9.      Defendants are immune for any detriment resulting from any of their actions or omissions at the time of the incident of which plaintiffs complain pursuant to Government Code § 810 *et seq*., 815 *et seq*., 820 *et seq*., and 845 *et seq*., including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq*., including, but not limited to, §§ 845.6, 845.8, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

**SIXTH AFFIRMATIVE DEFENSE**

**(Qualified Immunity & Good Faith Immunity)**

10.      The individual deputies are immune from liability under the Federal Civil Rights Act because they acted in good faith with an honest and reasonable belief that their actions were necessary and appropriate.  Defendants are immune from liability under the Federal Civil Rights Act because a reasonable peace officer could believe that his acts and conduct were objectively reasonable under the totality of the circumstances.  Defendants are immune from liability under the Federal Civil Rights Act because their conduct did not violate clearly established rights of which a reasonable deputy would have known.

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

11.     At all relevant times, the involved deputies acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws.

## SEVENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

12.     At the time and place referred to in the FAC, and before such event, plaintiffs' decedent knew, appreciated, and understood each and every risk involved in placing himself in the position which plaintiff then assumed, and willingly, knowingly, and voluntarily assumed each of such risks, including, but not limited to, the risk of suffering personal bodily injury and/or lawful deprivation of right(s).

## EIGHTH AFFIRMATIVE DEFENSE

13.     To the extent that the FAC attempts to predicate liability upon the public entity defendant or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code §§ 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to plaintiffs; and by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal cause of any injury alleged in the FAC. *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

## NINTH AFFIRMATIVE DEFENSE

14.     Defendants may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate. Cal. Govt. Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356,

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of  Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

### **TENTH AFFIRMATIVE DEFENSE**

15.    The plaintiffs' claims related to a peace officer's use of force are barred because a peace officer making a detention or arrest need not retreat in the face of a suspect's resistance and cannot be deemed to be the aggressor or lose his right to lawful self-defense and/or defense of others by using force.

16.    Defendants contend that they cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory terms used in plaintiffs' FAC. Accordingly, Defendants expressly reserve the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

WHEREFORE, Defendants pray for relief as follows:

1.    That the FAC be dismissed with prejudice and in its entirety;

2.    That Plaintiffs take nothing by reason of this FAC and that judgment be entered against Plaintiffs and in favor of Defendants;

3.    That Defendants be awarded costs incurred in defending this action;

4.    That Defendants be granted such other and further relief as the Court may deem just and proper.

///

///

///

///

///

///

///

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

1   DATED:  October 16, 2024        **MANNING & KASS**
2                                   **ELLROD, RAMIREZ, TRESTER LLP**

3

4                                   By:      /s/ *Eugene Ramirez*
                                        _____
5                                       Eugene P. Ramirez
                                        Lynn L. Carpenter
6                                       Kayleigh Anderson
                                        Attorneys for Defendants, COUNTY OF
7                                       RIVERSIDE, SHAWN HUBACHEK, and
                                        JIMMIE MCGUIRE
8

9                        **DEMAND FOR JURY TRIAL**
10
            Defendants County of Riverside, Shawn Hubachek, and Jimmie McGuire,
11
     hereby demand trial of this matter by jury.
12

13  DATED:  October 16, 2024        **MANNING & KASS**
14                                  **ELLROD, RAMIREZ, TRESTER LLP**

15

16                                  By:      /s/ *Eugene Ramirez*
                                        _____
17                                      Eugene P. Ramirez
                                        Lynn L. Carpenter
18                                      Kayleigh Anderson
                                        Attorneys for Defendants, COUNTY OF
19                                      RIVERSIDE, SHAWN HUBACHEK, and
                                        JIMMIE MCGUIRE
20

21

22

23

24

25

26

27

28

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY
TRIAL