MANNING | KASS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L. a minor by and through the Guardian Ad Litem Kristine Llamas-Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and through the Guardian Ad Litem Amber Sietsinger, individually and as successor-in-interest to JOHNNY-RAY LLAMAS deceased; and CAROLYN CAMPBELL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; and DOES 1¬10, inclusive,<br><br>Defendant. | Case No.: 5:24-cv-00249-CAS(SPx)<br>Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  Monday, June 23, 2025<br>Time:  10:00 am<br>Crtrm.:  Courtroom 8D__<br><br>*Action Filed:*       02/01/2024 |

The Motion for Summary Judgment or, Alternatively, Partial Summary Judgment submitted by Defendants COUNTY OF RIVERSIDE, SHAWN HUBACHECK, and JIMMIE MCGUIRE ("Defendants") against Plaintiffs S.L. a minor by and through the Guardian Ad Litem Kristine Llamas-Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and

through the Guardian Ad Litem Amber Snetsinger, individually and as successor-in-interest to JOHNNY-RAY LLAMAS deceased; and CAROLYN CAMPBELL, individually ("Plaintiffs") came before the Court on regular notice at the above-stated date and time.

After consideration of the papers on file, and after arguments of counsel, the Court concludes as follows:

(1) Plaintiffs have failed to carry their burden of demonstrating that they are entitled to relief on their federal causes of action. Fed. R. Civ. P. 56;

(2) Plaintiffs have failed to carry their burden of demonstrating that they are entitled to relief on any of their state causes of action. Fed. R. Civ. P. 56; and

(3) Accordingly, Defendants' Motion for Summary Judgment is GRANTED in its entirety.

Dated:

_____
HON. CHRISTINA A. SNYDER
United States District Judge

[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Respectfully submitted by:

Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Lynn Carpenter (State Bar No. 310011)
  *lynn.carpenter@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE, SHAWN HUBACHECK, and JIMMIE MCGUIRE

---

1

**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**