1 | Eugene P. Ramirez (State Bar No. 134865)
    *eugene.ramirez@manningkass.com*
2 | Lynn Carpenter (State Bar No. 310011)
    *lynn.carpenter@manningkass.com*
3 | Kayleigh Andersen (State Bar No. 306442)
    *kayleigh.andersen@manningkass.com*
4 | **MANNING & KASS**
    **ELLROD, RAMIREZ, TRESTER LLP**
5 | 801 S. Figueroa St, 15th Floor
    Los Angeles, California 90017-3012
6 | Telephone: (213) 624-6900
    Facsimile: (213) 624-6999
7 |
8 | Attorneys for Defendants, COUNTY OF RIVERSIDE, SHAWN HUBACHECK, and JIMMIE MCGUIRE
9 |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.L. a minor by and through the Guardian Ad Litem Kristine Llamas-Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and through the Guardian Ad Litem Amber Sietsinger, individually and as successor-in-interest to JOHNNY-RAY LLAMAS deceased; and CAROLYN CAMPBELL, individually, | Case No.: 5:24-cv-00249-CAS(SPx) Hon. Christina A. Snyder |
| Plaintiffs, | **NOTICE OF MANUAL LODGING OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | *Filed concurrently with* *1. Notice of Motion;* *2. Statement of Uncontroverted Facts;* *3. Proposed Judgment;* *4. Declaration of Kayleigh Andersen* |
| COUNTY OF RIVERSIDE; and DOES 1¬10, inclusive, | |
| Defendant. | Date:    Monday, June 23, 2025 Time:    10:00 am Crtrm.:    Courtroom 8D |
| | *Action Filed:      02/01/2024* |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

Defendants COUNTY OF RIVERSIDE, SHAWN HUBACHECK, and JIMMIE MCGUIRE (collectively "Defendants") hereby manually lodge the following documents in support of their Motion for Summary Judgment.

1.    **Exhibit 1** is a true and correct copy of the Star 9 video from April 14, 2023.

2.    **Exhibit 2** is a true and correct copy of the PSAP/Dispatch Audio from April 13, 2023.

3.    **Exhibit 4** is a true and correct copy of the PSAP/Dispatch Audio from April 14, 2023.

4.    **Exhibit 6** is a true and correct copy of Sgt. Shawn Hubacheck's bodyworn camera ("BWC") video from April 14, 2023.

5.    **Exhibit 8** is a true and correct copy of Lt. Michael Walsh's bodyworn camera ("BWC") video from April 14, 2023.

6.    **Exhibit 10** is a true and correct copy of Deputy Shane Day's bodyworn camera ("BWC") video from April 14, 2023.

7.    **Exhibit 13** is a true and correct copy of audio of interview of Carolyn Campbell dated April 15, 2023.

DATED:  May 16, 2025          **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By:      /s/ Kayleigh Andersen
          Eugene P. Ramirez,
          Lynn L. Carpenter
          Kayleigh Andersen
          Attorneys for Defendants, COUNTY OF
          RIVERSIDE, SHAWN HUBACHECK,
          and JIMMIE MCGUIRE

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 2

# EXHIBIT 2

# EXHIBIT 4

# EXHIBIT 4

# EXHIBIT 6

# EXHIBIT 6

# EXHIBIT 8

# EXHIBIT 8

# EXHIBIT 10

# EXHIBIT 10

# EXHIBIT 13

# EXHIBIT 13

