# Exhibit 2

Submitted with Application for Leave to File

Under Seal