# Exhibit 5

Page 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No. 5:24-cv-00249-CAS(SPx)

S.L., a minor by and through the )
Guardian ad Litem Kristine       )
Llamas-Leyva, individually and   )
as successor-in-interest to      )
JOHNNY RAY LLAMAS, deceased;     )
V.L, by and through the          )
Guardian ad Litem Amber          )
Sietsinger, individually and as  )
successor-in-interest to JOHNNY  )
RAY LLAMAS, deceased; and        )
CAROLYN  CAMPBELL, individually, )
                                 )
              Plaintiffs,        )
                                 )
       vs.                       )
                                 )
COUNTY OF RIVERSIDE and          )
DOES 1-10, inclusive,            )
                                 )
              Defendants.        )
_____)

REMOTE VIDEOTAPED DEPOSITION OF AMBER SNETSINGER
Thursday, October 24, 2024
CONDUCTED VIA ZOOM VIDEO CONFERENCE

REPORTED BY:  KATHLEEN S. McLAUGHLIN
              Certified Shorthand Reporter
              License No. 5845

Magna Legal Services
866-624-6221
www.MagnaLS.com

Page 13

```
 1      A     Perris.
 2      Q     Did you go straight from Perris, California
 3  to Mangum, Oklahoma?
 4      A     Yes.
 5      Q     Who do you currently live with?
 6      A     Myself and my kids.
 7      Q     I understand there are four kids living
 8  with you.  Is that correct?
 9      A     Yes.
10      Q     All of them are biologically your children;
11  correct?
12      A     Yes.
13      Q     Okay.
14            Is plaintiff V.L., is she the only one with
15  a different father than the other three?
16      A     No.
17      Q     Okay.  Is V.L. your oldest?
18      A     Yes.
19      Q     Okay.  And who is her biological father?
20      A     Johnny Llamas.
21      Q     And is he on the birth certificate for
22  V.L.?
23      A     No.
24      Q     Okay.
25            Is there a reason he's not on the birth
```

1  certificate?
2      A     He was incarcerated when she was born, and
3  they have to be present when they do the whole birth
4  certificate thing.
5      Q     Okay.
6            At any time after he was released or
7  whenever that happened after 2011, did you or he
8  attempt to go through the court system to get his
9  name on the birth certificate?
10     A     No.
11     Q     Have there ever been any legal proceedings
12 with respect to parental rights for V.L.?
13     A     No.
14     Q     Okay.
15           What about any legal proceedings with
16 respect to visitation for Johnny to V.L.?
17     A     No.
18     Q     And then same question.  Any court
19 proceedings related to child support for V.L.?
20     A     No.
21     Q     Were you ever married to Johnny?
22     A     No.
23     Q     Okay.
24           Were you in a relationship at the time that
25 you got pregnant with V.L.?

```
 1     A    I know his mom, Carolyn Campbell, but I
 2  can't remember his dad.
 3     Q    I understand his dad has passed.
 4     A    Yes.
 5     Q    Okay.  Is that accurate?
 6     A    Yes.
 7     Q    When was the last time you spoke to Carolyn
 8  Campbell?
 9     A    I don't remember exactly, but it was, like,
10  right after she was born.  Probably -- maybe a year
11  after she was born was the last time we actually
12  spoke but ...
13     Q    And by "she," you mean your daughter V.L.?
14     A    Yes.
15     Q    Okay.
16     A    Sorry.
17     Q    That's okay.  I just want to make sure
18  we're talking about the correct person.
19          Are you currently employed?
20     A    Yes.
21     Q    Okay.  What's your job?
22     A    I'm a cashier at Love's Travel Store.
23     Q    And how long have you worked there?
24     A    Two and a half years.
25     Q    Did you receive any type of financial
```

```
 1   support from Johnny for your daughter V.L. at any
 2   time during her life?
 3       A    Yes.
 4       Q    Okay.
 5            And can you -- let's do -- how often would
 6   you receive money from Johnny for your daughter
 7   V.L.?
 8       A    It wasn't like an often thing.  It was just
 9   a few times.  He had sent me money for diapers or
10   got ahold of his sister to help me pay for bills or
11   pay for diapers usually.  So it wasn't like an often
12   thing but ...
13       Q    When you say get ahold of his sister, are
14   you referring to Kristine?
15       A    Yes.
16       Q    Was it your understanding that Kristine was
17   assisting Johnny to send you money for V.L.?
18       A    Yeah, because he was in jail for most of
19   those times.  But, yeah.  A few times after he was
20   out of jail, he actually helped with, like, her band
21   instrument and stuff but ...
22       Q    Did Johnny -- I mean I understand that -- I
23   just took your daughter V.L.'s deposition.  She's
24   only 13.  But -- so her memory is probably different
25   than yours as her mother.
```

Page 18

```
 1            Did V.L. ever see Johnny in person?
 2     A      When she was a baby, yeah.
 3     Q      Okay.  Approximately what age was the last
 4   time she saw Johnny in person?
 5     A      When she was 11 months old.
 6     Q      Okay.  Was there --
 7     A      She went and spent a month with him.
 8     Q      Okay.
 9            Was there a reason she spent a month with
10   him at that time?
11     A      Because he had just gotten out of jail
12   again, and it was his first time meeting her, and I
13   just let them have their time.
14     Q      During that month do you know where he was
15   living or staying with your daughter?
16     A      Yeah.  He had an apartment down the street
17   from his sister in Lake Elsinore.
18     Q      And then other than that -- about one-month
19   time period when your daughter was about 11 months
20   old, did she see him any other time in person?
21     A      Other than that time, besides video chat,
22   no.
23     Q      Was there a reason why during -- you know,
24   when you guys were living in California still,
25   obviously, that she didn't see him in person?
```

1    A    He was in jail the majority of the time.

2    Q    Whenever he was out of custody, did you

3    ever attempt to set up, you know, a visit or

4    anything between V.L. and Johnny?

5    A    Well, I -- I never went, like, looking for

6    him to be out.  When he would get out, he would tell

7    me, and then we'd try to set up a meet-and-greet or

8    whatever at his sister's where he would stay when he

9    got out, but those never really happened at that

10   time.

11   Q    Okay.

12   A    (Unintelligible.)

13   Q    I'm sorry?  Go ahead.

14   A    Sorry.  I don't know.  But yeah.  Not

15   really.  It didn't ever happen.

16   Q    Okay.

17        And then you said video chat.  Would have

18   been times when he was out of custody communicating

19   with V.L.?

20   A    Yes.

21   Q    Do you know where he was living at any

22   time?  Other than that one apartment you mentioned

23   where he stayed with your daughter for about a

24   month, do you know any other places that he lived

25   when he was out of custody?

1  charges of any of the felony convictions that he had
2  during V.L.'s lifetime?
3      A    No, I don't really know the specifics or
4  anything like that.
5      Q    Did you ever go visit him in custody,
6  whether it was a county jail or a state prison?
7      A    No.
8      Q    Did you ever speak with him when he was in
9  custody, whether it was at a county jail or a state
10 prison?
11     A    Yes.
12     Q    How often would you speak with him when he
13 was in custody?
14     A    Not that often.  I could probably count
15 like two, three.  But at least five.  Not that many.
16     Q    Okay.  What about V.L.?  Did V.L. ever
17 communicate with Johnny when he was in custody?
18     A    No.  He would kind of -- he would talk to
19 her through me.  Like check on her and stuff.  But
20 not when he was in custody.
21     Q    Okay.
22          Now, as of April of 2023, you were already
23 living in Oklahoma; correct?
24     A    Yes.
25     Q    Okay.

1           And it's my understanding that from your
2   daughter, and I think from the testimony yesterday,
3   that your daughter and you went out to California to
4   visit with S.L. and Kristine.
5       A    She went out first because I didn't have
6   vacation from my job until the last two weeks of
7   their vacation.
8           So they went out there to spend the
9   majority of the summer with my family, but it was on
10  the -- it was, like, on the plans to go and spend
11  some time with her -- his family too.  So -- yeah.
12  I didn't get to personally see her but V.L. did.
13      Q    And that would have been in the summer
14  of --
15      A    Yeah.  V.L. I mean.
16      Q    That's okay.  We already have the running
17  change in the transcript.  It's an easy -- it's
18  completely understandable.
19          Would that have been summer of 2023 after
20  Johnny's passing?
21      A    Yes.
22      Q    Okay.  Do you know a woman named Priscilla
23  Raju?
24      A    I do not know her but I know -- I've heard
25  of her.

1          Is that correct?

2     A    No.

3     Q    When was the last time you spoke with him,
4    whether it's on a phone, email, text, however --
5    whatever method, when was the next time you spoke
6    with him prior to the date of the incident?

7     A    Real close to that.  Probably a month
8    before he died.

9     Q    Do you recall the substance of that
10   conversation?

11    A    Just how excited he was to meet her.  He
12   was planning the summer so ...

13    Q    Was that the same phone call that your
14   daughter also participated in with Johnny?

15    A    No.  It was a different one.

16    Q    Okay.

17         Did you exchange any text messages with him
18   between that phone call and the date of the
19   incident?

20    A    Yeah.

21    Q    Do you recall what -- do you recall the
22   substance of those, you know, communications?

23    A    Just how he was planning to do better and
24   how it was different this time around and how he was
25   excited and how nervous he was about how to even be

```
 1   a good dad and just -- basically, nervous.  Really
 2   nervous.  I told him there's no set of directions.
 3   You know.  Just kind of talk.
 4       Q    How often would you say that your daughter
 5   spoke with him on the phone from, you know -- I
 6   guess 11 months old when she last saw him all the
 7   way up until his passing?
 8       A    Probably like a handful of times since --
 9   because he went to jail one more time -- they
10   started talking before he went to jail the last time
11   and then stopped.  And then the last time he was
12   out, it was like a bunch back to back.
13       Q    Okay.  Would that have been --
14       A    (Unintelligible.)
15            (Reporter interrupts for
16            clarification of the record.)
17            THE WITNESS:  I don't know the exact
18   number specifically, but it was a lot more towards
19   the end.
20   BY MS. ANDERSEN:
21       Q    Can you give me your best estimate as to
22   how many times they spoke with each other on the
23   phone, let's say, between 2020 and his death in
24   2023?
25       A    Like twice before he went to jail the last
```

1  time.  And then when he got out, it was probably,
2  like, once a week kind of for a good two months.
3     Q   Okay.  Okay.
4         And do you know -- did your daughter have a
5  cell phone in April of 2023?
6     A   She does not have a cell phone.
7     Q   That's got to be hard to keep a teenager
8  away from a cell phone.
9     A   It's hard.
10    Q   Did you ever provide any type of financial
11 support to Johnny?
12    A   In the beginning -- like, when she was
13 first born I put money on his books once or twice,
14 but it wasn't big.  Just ...
15    Q   Okay.
16    A   It was support.
17    Q   As far as you're aware, did Johnny use any
18 type of drugs at any time during V.L.'s lifetime?
19    A   Not that I know.
20    Q   Do you know if Johnny had ever been
21 diagnosed with any mental health issues in his life?
22    A   I don't know.
23    Q   So during V.L.'s deposition she mentioned
24 seeing a therapist outside of school.  I think she
25 said when she was in seventh grade.  Does that sound

1  accurate?

2       A    Yeah.  It was right after.

3       Q    I'm sorry.  I didn't mean to cut you off.
4  You said it was after?

5       A    Yeah.  Right after he had died.

6       Q    Do you know how many times she saw that
7  therapist?

8       A    They would meet, like, twice a week, and
9  she didn't see her very long.  So maybe a month.  So
10 like eight times, I guess.

11      Q    What's the name of that therapist?

12      A    I don't remember her last name, but her
13 first name is Dana.

14      Q    Where was she seeing her?

15      A    At the clinic here by the WIC office in
16 town.  It's a really small town.  So like the main
17 place.

18      Q    Do you know the name of the clinic?

19      A    Not offhand.  I can go look it up, if you
20 want.

21      Q    Maybe before we close the record if we take
22 a quick break, but I can also speak with your
23 attorney about supplementing discovery too.  It's
24 not a huge deal.

25           Other than that therapist after -- so

Page 30

1  approximately eight times or so after the incident,
2  has V.L. seen anybody else about her father?
3     A    No.
4     Q    Okay.
5          Did she ever see any type of school
6  counselors since her father's death?
7     A    Yes.  The school counselor was the one that
8  referred her to the outside school counselor.
9     Q    And other than that, I guess it would have
10 been one visit with the school counselor to get the
11 referral --
12    A    Probably a few times before.  I'm not very,
13 like -- I don't know for sure exactly.  But I'm
14 pretty sure.
15    Q    Do you know the name of the school
16 counselor that she saw?
17    A    Tara.  I don't know her last name offhand
18 but ...
19    Q    Does she work at that middle school, like
20 physically in person at the middle school?
21    A    Yes.  She's a school guidance counselor.
22    Q    Okay.
23         Have you noticed any changes in V.L.
24 schoolwise since her father's passing?
25    A    Yes.

1     Q     What changes have you noticed?

2     A     She's -- she's just -- she's not -- her

3  grades have gone down.  Her social life has pretty

4  much ended.  She's been withdrawn.  She's going

5  through a lot you could tell.  She only lets me in

6  on so much.

7           But from what I've observed, her grades,

8  her behavior, her just whole demeanor just -- she's

9  not the same happy-go-lucky V.L.  I mean V.L.

10    Q     That's okay.  So you're saying more

11  withdrawn?

12    A     Yes.

13    Q     Anything else you noticed outside of school

14  behavior-wise since her father's passing?

15    A     The same.  She's just shut down and more --

16  she's separated herself from our family unit, if

17  that makes sense.  She's -- she's, like, detached

18  kind of, if that makes sense.

19    Q     Have you ever -- other than the times,

20  obviously, she went and saw the therapist and the

21  school counselor, have you ever tried to take her or

22  make an appointment somewhere else for her to get

23  additional therapy or counseling?

24    A     Yeah.  We have looked -- I've looked into

25  it, but it takes a lot longer out here, and you have

1            ( )  By means of a signed letter, made the
2   changes and approved or declined to approve the
3   transcript as set forth therein.  Said letter has
4   been attached to the original transcript and copies
5   thereof mailed to all parties attending the
6   proceeding.
7            ( )  Failed to approve the transcript
8   within the allotted time period.
9
10  Dated: January 10, 2025       *Kathleen S. McLaughlin*
                                  KATHLEEN S. McLAUGHLIN
11                                CSR No. 5845
12
13
14
15
16
17
18
19
20
21
22
23
24
25