# Exhibit 6

V.L.                                                October 24, 2024

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


Case No. 5:24-cv-00249-CAS(SPx)


S.L., a minor by and through the )
Guardian ad Litem Kristine       )
Llamas-Leyva, individually and   )
as successor-in-interest to      )
JOHNNY RAY LLAMAS, deceased;     )
V.L, by and through the          )
Guardian ad Litem Amber          )
Sietsinger, individually and as  )
successor-in-interest to JOHNNY  )
RAY LLAMAS, deceased; and        )
CAROLYN  CAMPBELL, individually, )
                                 )
                Plaintiffs,      )
                                 )
        vs.                      )
                                 )
COUNTY OF RIVERSIDE and          )
DOES 1-10, inclusive,            )
                                 )
                Defendants.      )
_____)


REMOTE VIDEOTAPED DEPOSITION OF V.L.
Thursday, October 24, 2024
CONDUCTED VIA ZOOM VIDEO CONFERENCE


REPORTED BY:  KATHLEEN S. McLAUGHLIN
              Certified Shorthand Reporter
              License No. 5845


Magna Legal Services
866-624-6221
www.MagnaLS.com

V.L.                                                    October 24, 2024

Page 11

 1      A    Yes.

 2      Q    Okay.  Is it just your mom and your

 3   siblings that you live with?

 4      A    Yes.

 5      Q    When did you move to Oklahoma?

 6      A    I think two or three years ago.

 7      Q    Two or three years ago?  Were you living in

 8   Oklahoma when your dad died?

 9      A    Yes.

10      Q    Okay.

11           What's your dad's name?

12      A    Johnny Llamas.

13      Q    And what's your mom's name?

14      A    Amber Snetsinger.

15      Q    Without telling me your first name, what's

16   your last name?

17      A    Llamas.

18      Q    Do any of your siblings share the same dad

19   as you?

20      A    No.  (Unintelligible.)

21           THE COURT REPORTER:  I'm sorry.  I need to

22   go off the record a moment.  I need to fix the

23   audio.

24           THE VIDEOGRAPHER:  Off the record at

25   10:14 a.m.

V.L.                                              October 24, 2024

```
                                                        Page 13

 1      A    One.

 2      Q    And without telling me her name --

 3   actually, how about if I just ask it this way.  Is

 4   the first initial of her first name S?

 5      A    Yes.

 6      Q    Okay.  And she lives in California;

 7   correct?

 8      A    Yes.

 9      Q    Yes?

10      A    Yes.

11      Q    Sorry.  You have to, like, speak a lot

12   louder.  I know it's hard.

13      A    Yes.

14      Q    Thank you.

15           And so you and S.L. -- is what I'll call

16   your sister on your dad's side -- you guys have the

17   same dad, Johnny Llamas?

18      A    Yes.

19      Q    Do you know the last time you saw S.L.?

20      A    This summer.

21      Q    Summer of 2024, so like a few months ago?

22   Does that sound right?

23      A    No.  Wait.  Not this summer because I

24   didn't go to California this summer.  It was the

25   summer before that.
```

V.L.                                        October 24, 2024

Page 15

1    it's over Zoom which makes it even weirder.  But

2    just do your best to wait.  Even though you know

3    what I'm asking you, just let me finish my question

4    and then you can go ahead and give your answer;

5    okay?

6        A    Okay.

7        Q    Continue to keep your voice up.  You're

8    very soft-spoken.  But keep your voice up; okay?

9        A    Okay.

10       Q    Thank you.

11            So you're in eighth grade.  Have you ever

12   talked to a counselor or anybody at your middle

13   school about your dad?

14       A    Yes.

15       Q    Okay.

16            Do you remember the name of the school

17   counselor you spoke to about your dad?

18       A    It wasn't really a school counselor.  I got

19   recommended to this counselor by my school

20   counselor, but she wasn't a school counselor.  She

21   was a camp counselor.

22       Q    Okay.  Just a therapist who is not at your

23   school?  Does that sound right?

24       A    Yes.

25       Q    Okay.  Do you know her name?

V.L.                                                    October 24, 2024

Page 16

1       A    No.

2       Q    When was the last time you saw her?

3       A    I think -- I can't remember the last time I

4    saw her.

5       Q    Do you know about how many times you saw

6    that therapist or counselor?

7       A    I know I saw -- I went there, like, two

8    times a week every -- I was there for, like, a

9    month.  I keep going, like, a month.  So I don't

10   know.

11      Q    Okay.

12           So about two times a week for a month?  Is

13   that what you said?

14      A    Yes.

15      Q    Okay.

16           Would that have been when you were -- let's

17   see.  If you're in eighth grade now, in sixth or

18   seventh grade?

19      A    Yes.  Seventh.

20      Q    Seventh grade?

21      A    Yes.

22      Q    Okay.

23           Other than that therapist or counselor that

24   you saw outside of school, have you seen anybody

25   else, any type of therapist or counselor since your

V.L.                                                    October 24, 2024

Page 17

 1   dad's passing?

 2       A    No.

 3       Q    Do you remember the last time that you

 4   actually saw your dad in person?

 5       A    No, I don't remember.

 6       Q    Okay.

 7            Do you know -- did he ever come to visit

 8   you in Oklahoma?

 9       A    No.

10       Q    Okay.

11            Did you ever -- since you moved to

12   Oklahoma, did you ever go back to California to

13   visit him?

14       A    No.  I mean, I went back to California, but

15   I didn't visit him.

16       Q    Okay.

17            Do you remember anytime in your entire life

18   that you saw your dad in person?

19       A    No.

20       Q    Okay.

21            Did you -- since moving to Oklahoma, did

22   you ever speak to your dad on the phone?

23       A    Yes.

24       Q    Okay.

25            When was the last time you spoke with him

V.L.                                                          October 24, 2024

Page 18

1    on the phone?  If you can remember.

2        A    Two months -- two or one months before he

3    died.

4        Q    What kind of things did you talk about with

5    him on that phone call?

6        A    Just about, like, what we were going to do

7    when -- because we had plans for me to see him that

8    summer, and we just talked.  We got to know each

9    other and all that.

10        Q    You got to know each other on that phone

11    call or that was just where you were planning what

12    you were going to do during your visit?

13        A    In that phone call.  And then we, like,

14    planned stuff.

15        Q    Okay.

16             Was that the first time you spoke to him on

17    the phone?

18        A    No.

19        Q    How often would you speak to your dad on

20    the phone?

21        A    Not that often but it was, like, sometimes.

22        Q    Do you have a good estimate, like maybe how

23    many times a week, how many times a month, a year?

24        A    He'd go, like, a couple months without

25    talking to me, and then, like, he'll text me and

V.L.                                            October 24, 2024

Page 19

1    then call me.  And then he'd go, like, a couple

2    months and then he'd text me and call me.

3        Q    Okay.

4             And when he texted you, was it on a cell

5    phone that you had or was he texting through your

6    mom?

7        A    Through my mom.

8        Q    Okay.

9             Did you ever talk to him via text on a

10   phone that you have?

11       A    No.

12       Q    Other than when you guys were planning,

13   like, what you guys were going to do during your

14   visit to California, what other things did you talk

15   about with your dad on the phone?

16       A    Mainly just like what my favorite color

17   was, my favorite food.  Just like some questions,

18   like, to get to know me more.

19       Q    Okay.

20             What about during the other phone calls you

21   had with him?  What kind of things would you guys

22   talk about?

23       A    The same thing.  He just kept asking more

24   and more questions.

25       Q    Okay.

V.L.                                           October 24, 2024

Page 20

1          So these might be tough questions to

2    answer.  I know you're 13, but you can do your best

3    to give your answer.

4          How has your dad's passing affected you at

5    school?

6       A    It's -- it's, like, affected me a lot in

7    school.  I don't know how to really answer, like,

8    how it -- I know how it affected me but it's -- I

9    don't -- sorry.

10      Q    You don't have to apologize.  You can do

11   whatever you're comfortable with explaining of how

12   it's affected you, whether it's inside or outside of

13   school.

14      A    Like, I mean, I mainly feel distant from my

15   family.  And then it's kind of hard for me to kind

16   of make friends and -- yeah.  It was just harder.

17      Q    Okay.

18          And you're saying that you didn't have

19   those kinds of problems or didn't think you had

20   those kinds of problems before your dad's passing?

21      A    I didn't have those problems.

22      Q    Okay.

23          Did you ever ask your mom to see your dad

24   in person before I guess it would have been summer

25   of 2023?

V.L.                                                          October 24, 2024

Page 28

1            (  )  By means of a signed letter, made the

2    changes and approved or declined to approve the

3    transcript as set forth therein.  Said letter has

4    been attached to the original transcript and copies

5    thereof mailed to all parties attending the

6    proceeding.

7            (  )  Failed to approve the transcript

8    within the allotted time period.

9

10   Dated: January 10, 2025        *Kathleen S. McLaughlin*

                                   KATHLEEN S. McLAUGHLIN

11                                 CSR No. 5845

12

13

14

15

16

17

18

19

20

21

22

23

24

25