Exhibit 7

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: 5:24-cv-00249-CAS(SPx)

--------------------x

Johnny Ray Llamas,

　　　　Plaintiffs,

V.

County of Riverside,

　　　　Defendants.

--------------------x

　　　　　　　　October 23rd, 2024

　　　　　　　　Deposition via Zoom.



Page 9

1   else lived with you and S.L.  in the same residence

2   since 2020?

3       A.  Since 2020?  No.  Can you rephrase that

4   question?  I don't know why it's --

5       Q.  Of course.  So you listed a couple

6   individuals that currently live with you and S.L.

7   at the same residence, so since 2020, has there been

8   any other individuals that also lived with you and

9   S.L.  in the same residence other than who you

10  already listed?

11      A.  Johnny Llamas lived with us for a short

12  period of time in 2020.

13      Q.  Okay.  Between 20 -- between that point in

14  2020 and 2023, did he live with you?

15      A.  No.

16      Q.  Okay.  So I guess between 2021 and 2023; it's

17  correct that Johnny did not live with you?

18      A.  Correct.

19      Q.  Okay.  Do you know where Johnny lived between

20  2021 and 2023?

21      A.  Johnny was incarcerated and when he was

22  released, I don't know the exact month of 2022, from

23  that time on, he would reside basically wherever he

24  could.  He was pretty much homeless at that point.

25      Q.  Okay.  What is your relationship to plaintiff



Page 10

 1    S.L.?

 2       A.   I am her adoptive mother.  I'm actually her

 3    biological aunt, but I've had her since she was 10

 4    months old, so I am her mother.  I have adopted her.

 5       Q.   Okay.  What -- what was her biological

 6    mother's name?

 7       A.   Janelle Brown (phonetic).

 8       Q.   Okay.  And her biological father is Johnny

 9    Ray Llamas, correct?

10       A.   Yes.

11       Q.   Okay.  And are you Johnny Ray Llama's sister?

12       A.   Yes.

13       Q.   Okay.  Between S.L.'s birth in 2013 and 2020,

14    when you stated that Johnny lived with the two of

15    you, did Johnny live with you at any other point

16    between 2013 and 2020?

17       A.   Yes.

18       Q.   Okay.  What -- approximately what time period

19    or periods?

20       A.   He briefly lived with us, and this is

21    approximately, this isn't going to be an exact date.

22    I want to say when S█████ was about three or four,

23    he resided with us just for a few months in and out.

24    Let me be clear about that.  When I say, reside, he

25    would spend a few nights there and -- but his



Page 11

1  clothes were there.  That was basically a place for

2  him to keep his belongings safe because he was

3  pretty much homeless.  And -- but during ████████

4  birth and the time of his death I would say he lived

5  with -- lived with us probably three, maybe four

6  times.

7      Q.  Okay.  And so I -- I know that she's your

8  daughter and I keep hearing you say her -- her true

9  name.  I want to -- I know, I know it's very

10  difficult because I understand she's your daughter.

11  But let's call her S.L.  just to again, protect her

12  identity.  I don't know if we can change that in the

13  transcript?

14              MR. MARKS:  Yeah.  I think I -- I -- I

15  think what we could do, and I've done this in other

16  depositions before, is allow Kristine just to use

17  her name and we'd ask the court reporter anytime she

18  uses her name instead of typing the name instead

19  just put the letters S.L?

20              MS. ANDERSEN:  That's completely fine

21  with me.

22              MR. MARKS:  So, Ms. Reporter, you're

23  good with that?

24              THE COURT REPORTER:  Yes.  Absolutely.

25              MS. ANDERSEN:  Okay.  Great.



Page 12

1          MR. MARKS:  Okay.  Great.  Thank you so

2     much.

3          MS. ANDERSEN:  That makes it things a

4     lot easier.

5     BY MS. ANDERSEN:

6     Q.  Okay.  So in -- you said about three to four

7     times that Johnny lived with you and your daughter

8     S.L.  approximately how long would he stay with you?

9     I -- was it a couple nights at a time or, you know,

10    what -- what time periods are we looking at for

11    those three to four times?

12    A.  A couple of months at a time.  It would vary

13    but in 2020 was probably the longest that he -- 2019

14    to 2020 was probably the longest period that he had

15    stayed with us, which was approximately four to five

16    months, give or take.

17    Q.  Okay.

18    A.  Prior to that it might've been a month or so,

19    maybe two months.  It wasn't too long.

20    Q.  Okay.  Do you have S.L.'s birth certificate?

21    A.  I do.  I have it.  I didn't bring it with me.

22    No.

23    Q.  Yeah.  That's okay.  You don't -- you don't

24    need to have it right now.  But you are in

25    possession of it at -- somewhere?



Page 13

1     A.   Oh, yes.

2     Q.   Okay.  And is Johnny listed as the father on

3  her birth certificate?

4     A.   Not on the one where I'm listed as the

5  mother.  No.

6     Q.   Not the adopted one?

7     A.   No.  And I'm not sure about the original with

8  her biological mother.  He's probably is on that

9  one.

10    Q.   Okay.

11    A.   I don't know for sure.

12    Q.   Have you ever seen that -- the original one?

13 Like not the adopted one, but the one with her birth

14 mother?

15    A.   I have not.

16    Q.   Okay.  Your -- your ex-husband, Mr. Leyva, he

17 currently lives with you; is that correct?

18    A.   Yes.

19    Q.   Has he adopted plaintiff S.L.  in any way?

20    A.   No.

21    Q.   Legally?  Okay.  Did any of Johnny's other

22 children ever live with you at any point in time?

23    A.   No.

24    Q.   Do you know how many other children Johnny

25 had?



Page 14

1    A.  One other child.

2    Q.  Okay.  And do you know what -- by initials

3    only, do you know her initials?

4    A.  V.L.

5    Q.  Okay.  So, V.L.  never lived with you and

6    S.L.  in the same house between 2013 and 2023; is

7    that correct?

8    A.  No.  Correct.

9    Q.  Okay.  Do you know who V.L.'s mother is?

10    A.  Yes.

11    Q.  Okay.  And what -- what's her name?

12    A.  Amber Sietsinger.

13    Q.  Okay.  I'm not going to attempt to say that

14    last name, but Amber, have you ever spoken to her

15    about Johnny since his passing?

16    A.  Yes.

17    Q.  Okay.  And -- and I'm going to say outside

18    the presence of your attorney or even his -- her

19    attorney have you spoken to her about Johnny since

20    2023?

21    A.  I have spoken to her.  I'm trying to think if

22    it was in regards to Johnny.  Yes.  I believe there

23    was one conversation when he initially passed away.

24    I had one conversation with Amber in regards to

25    Johnny.



Page 15

1      Q.  Do you recall the substance of that

2  conversation with her?

3      A.  Yes.  She was -- we were both very upset and

4  she had informed me that V.L.  was not taking it too

5  well.  That's basically what the conversation

6  centered around was how V.L.  was handling the death

7  of her father and how Amber was going to proceed

8  moving forward.  You know, in her life she was

9  pretty shocked.

10     Q.  Okay.  Do you -- do S.L.  and V.L., let's say

11  since 2023, do they see each other?

12     A.  Not see, they do talk.  V.L.  lives in

13  another state, which makes it difficult, but last

14  summer V.L.  came out.  The visit was supposed to be

15  with her dad with Johnny, but he had passed away in

16  April.  So, V.L.  still was able to come out and

17  that's when she got to see S.L.  and they spent a

18  weekend together --

19     Q.  Okay.

20     A.  -- celebrating S.L.'s birthday.

21     Q.  Okay.  So during, let's say S.L.'s life

22  between 2013 and 2023, before Johnny passed, did

23  S.L.  and V.L.  see each other?

24     A.  See each other?  No.  Talk to each other?

25  Occasionally.



Page 18

1    stayed or lived during that time period?

2        A.  I'm sorry, can you repeat that question.

3        Q.  Of course.  It was a very long question.  So

4    you mentioned there were about three to four time

5    periods between 2013 and 2020 where Johnny would

6    live with you for a couple months or so at a time,

7    okay?  Is that accurate?

8        A.  Yes.

9        Q.  Okay.  Other than those times where he was

10   living with you, where you knew where he was living,

11   do you know any other places he lived between 2013

12   and 2020?

13       A.  Okay.  Between 2013 and '20.  Oh, S███ --

14   yes.  He resided with my mother Carolyn Campbell.

15   And that's the only solid residence that I could say

16   for sure that he resided at, was on the Green

17   (inaudible) address with my mother.

18       Q.  Okay.  Other than Johnny, do you have any

19   other siblings?

20       A.  Yes.

21       Q.  How many?

22       A.  One.

23       Q.  Okay.  And what's that sibling's name?

24       A.  Michelle Armijo (phonetic).

25       Q.  Okay.  Was that -- I think that was the aunt



Page 24

1    you know, what's your best estimate of that

2    breakdown of how many were county jail and how many

3    were state prison incarcerations?

4        A.   Thank you for repeating that.   These were

5    state prison, however, he was held, I want to say

6    one to two times at a county -- at a county jail due

7    to the overcrowding at the prisons.   So where he

8    should have been sent to the prison, he was held to

9    do his time at the county jail.   But they -- four of

10   those five times I would say he was sent to a state

11   prison.

12       Q.   Okay.   Did you ever take S.L.  to go visit

13   him during any of his incarcerations, I -- assuming

14   during her lifetime, obviously between 2013 and

15   2023?

16       A.   No.

17       Q.   Okay.   But she did testify, obviously, as you

18   heard, that she did speak with him on occasion while

19   he was incarcerated; is that correct?

20       A.   Yes.

21       Q.   Okay.   Do you recall approximately what time

22   period that was where she had communication with him

23   during his incarceration?

24       A.   She talked to him all -- all the time up

25   until, this is an approximate, I want to say 2021.



Page 25

1    She stopped talking to him over the phone while he

2    was incarcerated, but during those years, prior to

3    2021, she did speak to her father over the phone

4    pretty much every day.

5        Q.  Was -- was there a reason that it stopped in

6    2021, the communication between S.L.  and her

7    father?

8        A.  Yes, I had some personal issues going on in

9    my life and I just didn't want to continue on with

10   the conversations at all.

11       Q.  Between 2013 and 2023, did Johnny ever

12   provide you any type of financial support for S.L.?

13       A.  Yes, he did.

14       Q.  Okay.  How often would he provide you

15   financial support for S.L.?

16       A.  So around 2020 we were receiving stimuluses

17   for the pandemic.  Johnny would give me part of that

18   stimulus check to provide for her.  Also while he

19   was out, he had provided me with -- with $200 to --

20   excuse me, I need just a second.  He had provided me

21   with $200 out of his pocket for whatever I needed

22   pertaining, you know, to the household, which his

23   daughter was in the household.  So -- so, you know,

24   whatever he got from his stimulus checks, he pretty

25   much handed me more than half.  And he also, gave me



Page 26

1    an extra $200 from a job that he had done --

2         Q.  Okay.

3         A.  -- to get -- to get the groceries that I

4    needed for the house.

5         Q.  Do you need to take a moment?

6         A.  I'm sorry.  No, I'll - I'll be okay.  I

7    apologize.

8         Q.  Okay.  Just let me know if -- you don't need

9    to apologize, just let me know if you need a break

10   at any time.  Okay?

11        A.  Thank you.

12        Q.  That $200 that Johnny would give you for the

13   -- for the household expenses, when -- when did that

14   start?

15        A.  So that was not a monthly occurrence.  Johnny

16   didn't have a monthly amount of money that he got.

17   He didn't have an -- like a employment type of job

18   where he got money every single week.  He would do

19   odd jobs.  And that particular job, he had made

20   $500.

21        Q.  Okay.  What -- what -- oh, I'm sorry.  Go

22   ahead.

23        A.  And he had given me the $200 out of it.

24        Q.  Okay.  And approximately when was that?

25        A.  That had to have been -- it was early COVID.



Page 27

1    Early, maybe January, February.  It's just when

2    COVID started to -- people started talking about it

3    and it started to get worse during that time so --

4        Q.   Okay.  Between 2013 and 2020 when COVID

5    started and those stimulus checks rolled in for

6    people, did you receive any financial support from

7    Johnny for S.L.?

8        A.   Yes, I received.  Let me stop.  Let me have

9    you please, ask me that question again.

10       Q.   Of course.  So we've talked about the

11   stimulus checks and then the extra money he was

12   giving you from the job he was working on.  But

13   between 2013 and 2020, let's say pre-COVID during

14   S.L.'s lifetime, did Johnny provide you any

15   financial support for S.L.?

16       A.   Financial support if he had it, yes, he did.

17       Q.   Do you know approximately how much he would

18   give you, let's say on a monthly basis, if you can

19   break it down that much for me?

20       A.   It's hard to break it down monthly because

21   some months I wouldn't get anything at all, but if

22   he came, and his daughter needed diapers, you know,

23   he might slip me $100.  I shouldn't say he might, he

24   would slip me $100.  So if I had to break it down,

25   maybe a couple $100 every other month, you know, but



Page 28

1    you're asking monetary, like actual cash.

2        Q.   Right.

3        A.   But he would bring diapers, he would bring

4    formula, whatever I needed and this wasn't just for

5    my own child, but we're talking about S.L., but

6    whatever the household needed, or didn't need, he

7    showed up with a big thing of Costco toilet paper

8    before, you know, he was just -- he would just show

9    up with stuff.  I didn't have to really ask for

10   anything.  But if he had cash on him, you know, he

11   would -- he knew I didn't like to take money from

12   him because he -- he didn't have a -- like a steady

13   place to live.

14           So it was -- me being the older sister, it

15   was a little bit harder for me to take things from

16   him, but he would like leave it on the table when I

17   -- you know, and then I come back in and he's

18   already gone and leave me a note, "Here sis, I know

19   you need this." And he would leave it on the table,

20   whatever the cash was.  Or he'd come and say, "I

21   brought toilet paper," you know, "I brought you

22   laundry soap." Just, you wouldn't really have to ask

23   for it.  It's just what he thought my household

24   needed and that's what he would bring.

25       Q.   Okay.



Page 29

1      A.   So, I don't know, you just wanted know

2    monetary, like actual physical money or things that

3    I needed for my home.

4      Q.   No, I appreciate the extra information.  My

5    focus is S.L., so that's why I was asking

6    specifically about S.L.  But I do understand she's

7    living in your household, so I do appreciate the

8    additional information.  Is there -- if you know, is

9    there a reason that you got custody of S.L.  and not

10   Johnny back in 2013?

11     A.   With Johnny when S.L.  was born, he was

12   incarcerated.  So, mom obviously, was not.  Mom --

13   when I say mom, Janelle Brown, was not incarcerated

14   at the time.  When S█████ was four months old,

15   Janelle lost --- Janelle Brown lost custody of her,

16   and I went through the court proceedings and all

17   this -- these things that you have to go through in

18   order to adopt her.  So by the time she came to me

19   -- S.L.  came to me, she was 10 months old.  So both

20   mom and dad were incarcerated.

21     Q.   Okay.  When -- when was Johnny released from

22   incarceration, I guess, after S.L.'s birth?

23     A.   Well, I'll tell you, I don't absolutely know

24   a date, but he was present for her first birthday.

25   I have pictures that I didn't bring of course, but I



Page 30

1  do have pictures of her -- of those two present

2  together on her first birthday.  So he was out prior

3  to her first birthday.

4     Q.  Okay.  Did he always celebrate S.L.'s

5  birthday with her if he was out of custody, I

6  assume?

7     A.  If he was out of custody, and I can't tell

8  you when and where, I'd have to go back in her

9  pictures and look, but yes.

10            THE COURT REPORTER:  I -- she froze.

11            MS. ANDERSEN:  Okay.  I thought it was

12  me.  I'm sorry.  I think we have to go off the

13  record because I can't hear anything.

14            THE VIDEOGRAPHER:  You said you would

15  like to go off the record counsel.

16            MS. ANDERSEN:  She's back.  She's back.

17            MR. MARKS:  She was frozen.  I guess you

18  couldn't hear her or me.

19            MS. ANDERSEN:  No.

20            MR. MARKS:  But we were both talking.

21  BY MS. ANDERSEN:

22     Q.  I'm sorry.  You're going to have to repeat

23  yourself.

24     A.  Yes, no problem.  Yes, he was always present

25  at her birthday parties, birthday celebrations as



Page 31

1   long as he was out of prison.  So I don't know when

2   he was locked up, I'd have to look back at the

3   photos and see what pictures, you know, he was in at

4   what ages type of thing.

5       Q.  Okay.  I think you mentioned that Johnny did

6   have odd jobs, that's in -- during his adult life.

7   Do you recall any specific employment he held as an

8   adult?

9       A.  Besides odd jobs.

10      Q.  Yeah, I mean, you can give me sorts of odd

11  jobs.

12      A.  Oh, well, Johnny would do yard work.  He

13  would take in, what they call that?  Junk metal.  He

14  would randomly fix somebody's broken pipe in their

15  yard.  He didn't necessarily hold a -- like a 9:00

16  to 5:00, W4 form thing he had to fill out.  He

17  didn't hold one of those.  Not that he didn't try,

18  but he wasn't successful in obtaining one of those

19  positions.  But he was a really good handyman and

20  people hired him to fix things for him, you know,

21  and he was really strong so he would move things for

22  people.  He was like a mover and those -- those are

23  odd jobs that he would -- that he would tell me

24  about, you know.

25      Q.  Was it always self -- like self-employment



Page 39

```
 1      A.  No, I have not.

 2      Q.  Okay.  When was the last time you saw Johnny

 3  prior to April 14th, 2023?

 4      A.  An estimate, probably a week before that day

 5  he passed away.

 6      Q.  Okay.  And where did you see him?

 7      A.  I seen him at my mother's residence.

 8      Q.  Was S.L.  with you?

 9      A.  No.

10      Q.  Okay.  So about a week before.  So early

11  April of 2023?

12      A.  Yes.

13      Q.  And do you recall any communication or

14  conversations you had with him on that time -- on

15  that last time you saw him?

16      A.  I had a lot of issues going on in my life at

17  that time.  I came to drop off some groceries to my

18  mother.  I walked in, I said hello to everybody in

19  the house, and I dropped the groceries off and I

20  left.

21      Q.  Okay.  Other than saying hello to him, did

22  you speak -- have any more of a substantive

23  conversation with him?

24      A.  No, I did not.

25      Q.  Okay.
```



Page 41

1  like -- along that nature.

2      Q.  So that was 2023 -- March of 2023, when you

3  had that text message exchange about your mother's

4  health.  What -- did you have any other

5  communication with him between that text message

6  conversation and his -- his passing on April 14th?

7      A.  No, man, I'll state it again, I -- I was

8  going through a lot at that time, and I did not -- I

9  didn't see the reason, and I didn't see the reason

10  to have consistent dialogue with him.  Just like I

11  don't with my other sister, you know, I just -- I

12  didn't know he was going to die.

13      Q.  Do you know the last time that your daughter

14  S.L.  saw her father approximately?

15      A.  Yeah, she saw him before he was incarcerated

16  in -- I want to say he went to prison in April of

17  2020.  It was somewhere around that time.  So she

18  saw her dad a little prior -- a few days prior to

19  him being picked up.  And then she -- I never

20  allowed her to see her father in prison.  So she had

21  contact with him over the phone up until sometime in

22  2021 before he was released.

23      Q.  Was -- was Johnny released from prison in

24  2021 then?

25      A.  I could be wrong.  I think it was 2022.



Page 42

1      Q.   Okay.

2      A.   Because he was killed shortly after he was

3  released from prison.

4      Q.   Okay.  Was there any reason why you didn't

5  let your daughter communicate with him between,

6  let's say 2021 and his release in 2022, I believe is

7  when it was, but correct me if I'm wrong?

8      A.   Like I stated, I had a lot of -- I had a lot

9  of things going on at home and I tend to shut down

10  and I didn't want to be bothered by anybody at that

11  point, so I wasn't really having much conversation

12  with anybody.  And that meant my whole family, you

13  know, everybody was -- if I said there was no

14  conversation, there was no conversation with

15  anybody, you know, in the household.

16      Q.   Okay.

17      A.   I was trying to get my family back on track.

18      Q.   Okay.  To your knowledge, did Johnny use any

19  type of drugs?

20      A.   Yes.

21      Q.   Again, to your knowledge, what types of drugs

22  did he use?

23      A.   I know he smoked marijuana.

24      Q.   Anything else?

25      A.   I know that he drank.



Page 45

1    BY MS. ANDERSEN:

2        Q.  All right.  Ms. Leyva, do you understand that

3    you're still under oath after that -- that quick

4    break?

5        A.  Yes.

6        Q.  Okay.  So what I started asking you, and what

7    I want to get into a little bit now is obviously you

8    are the guardian ad litem for your daughter,

9    Plaintiff S.L.  Can you describe to me how, if at --

10   if at all S.L.  has been affected by the death of

11   her father?

12       A.  It's hard to describe it without tears

13   flowing down.  She has -- S█████ has internalized a

14   lot of it.  She doesn't share a lot about her dad to

15   very many people.  She's told me that it's really

16   hard for her to -- to bring up his name because it's

17   hard for her to remember and know that he is gone.

18           And she's trying, this I know for a fact

19   because she's told me, she's trying to put things

20   together in her mind as a way to block out the fact

21   that she doesn't have a dad anymore.  And in her

22   mind, she thinks, and this is what she has told me,

23   she thinks a way of honoring her dad would to be,

24   because he'd always tell her, toughen up little

25   girl, you're my little soldier, and so what she's



Page 46

1   trying to do is toughen up and be his little

2   soldier.

3        And what I've explained to her, what he meant

4   by that was that she didn't need to cry over little

5   things like a fall or maybe friends being mean.

6   That's what he meant by that.  But she's taking it

7   like if she shows an emotional side that she's

8   letting him down.  She calls him her protector, now

9   her protector is gone.

10        She has expressed to me that who's going to

11  go out with her when she goes to buy a car.  And I

12  explained to her like, I'll be there to help you buy

13  the car.  And she said, but my dad's the one that

14  said he'd show me how to fix it.  So I think she's

15  coming to terms with the fact that, I shouldn't say

16  I think, I know she's coming to terms with the fact

17  that she's going to be losing out on a lot moving

18  forward.

19        Because when you're 7, 8, 9 years old,

20  there's not a whole lot you can process.  There's

21  not a whole lot you need your -- your dad for, I

22  should say in a sense, because I'm always there for

23  all of her needs.  But just the other day we had a

24  flat tire and I have AAA.  And she goes, wasn't my

25  dad supposed to teach me how to change a tire mom?



Page 47

1    And I told her like, that's what we have AAA for.

2    You know, like, you got to make do.  I explained to

3    her, you got to make do with what you have.

4           We, in a way to memorialize him because he

5    was cremated and he's resting with my mother, you

6    know, my mom has his ashes, we put a cross -- we put

7    a cross up on Highway 74, a small one.  I didn't

8    take her to the actual site.  She has seen it, but I

9    didn't want to put a cross on somebody's property.

10   So we put a cross on Highway 74 as a way for her to

11   have a place to grieve.

12          And I was pretty surprised at how well she

13   took it because it kind of scares me that she

14   doesn't let her emotions out.  But she did -- she

15   did cry and we wanted to make that little cross look

16   really nice.  So we went out and bought just a few

17   little trinkets for Halloween to hang up.  I told

18   her we couldn't put a lot up, you know because it

19   can't be a distraction on the road, but just a place

20   for her to be able to say like, this is where my dad

21   was, you know, like, we grew up directly across the

22   street from River Road from where I --

23          MR. MARKS:  I think you're getting a

24   little beyond the question.  He's -- she's just

25   asking you about the loss of love and companionship



Page 48

```
 1   and, you know, guidance and stuff that she's lost

 2   from losing her dad.  That's the focus of the

 3   question.

 4              THE WITNESS:  Okay.

 5   BY MS. ANDERSEN:

 6      Q.  Yeah.  So beyond -- beyond what you've

 7   already told me about how Johnny's death has

 8   affected his daughter S.L., is there any other ways

 9   you've noticed based on S.L.'s behavior or what

10   she's told to you that the loss of her father has

11   affected her?

12      A.  Her behavior, like I said was different from

13   the time that he passed to what it is now.  She's

14   very angry which is why the school is seeking out

15   counseling for her now, which is why I put that

16   cross up for her as a way for her to be able to let

17   things out because she's -- she tells me she -- she

18   holds it in.  So she's been real destructive with

19   her -- with her things at home, you know, just

20   wanting to be alone.  She -- when I say destructive

21   with her things, she's not as careful with her stuff

22   as she used to be.

23          She gets very angry and will slam her doors

24   and just tell me she wants to be left alone, just

25   leave me alone.  And she's 11.  And I had to ask
```



Page 49

1   her, was it a difference between, like, is that just

2   what a normal teenager does?  Like, is there

3   something going on at school?  And she won't even

4   tell me anything anymore.  You know, it's just leave

5   me alone.  I just want to be left alone.  So we are

6   seeking out counseling, the school and I, because

7   her grades are dropping.  She's very sad.  How can I

8   explain to you what I see in my daughter without

9   going into too much now?

10      Q.  Well, let me -- let me follow up and I'm

11   going to continue asking questions in the -- in the

12   s`ame vein.  You -- she testified at -- during her

13   deposition this morning that she did see a school

14   counselor when she was in fifth grade.  Has she seen

15   any other therapist, counselor, since her -- her

16   father's passing?

17      A.  Yes.  The school has provided like a one,

18   two-time, do you need to come and talk to me type of

19   counseling but she won't talk about it.  She -- so,

20   she -- the attempt has been made, she's gone but

21   from what I understand, she's not speaking, she'll

22   just sit there and not say anything at all.  She

23   doesn't want to talk about it at all.

24      Q.  So if I have the, please correct me if I'm

25   wrong, if I have the timeline correctly, S.L.  was



Page 50

1  about nine years old when her father passed, April

2  of 2023.  Does that sound accurate?

3      A.  Probably, yeah.

4      Q.  And the last time, from my understanding of

5  your testimony and her testimony that she saw him or

6  spoke to him was in 2021 when she was either seven

7  or eight years old; is that correct?

8      A.  Yeah.  Doing --

9      Q.  Okay.

10     A.  -- the math, yeah.

11     Q.  Between the ages of seven and eight,

12  whenever, however, you know, whatever month of 2021

13  it was, depends on whether she was seven or eight

14  years old, between then and her father's passing,

15  did she ever ask to speak to him?

16     A.  You're saying before her father's passing,

17  right.

18     Q.  Of course, yes.

19     A.  I'm sorry.  My mind is -- yeah, she asked to

20  speak to her dad.  She didn't understand why she

21  wasn't speaking to him.

22     Q.  Did you tell her -- oh, I'm sorry, go ahead.

23     A.  I had, you know, I had to explain to her that

24  mom's not doing very well, I don't feel good and I'm

25  not talking to anybody right now.


MAGNA
LEGAL SERVICES

Page 62

1                CERTIFICATE OF TRANSCRIPTION

2    I STEPHEN SIMPSON, TRANSCRIBER, DO HEREBY CERTIFY; THAT

3    I WAS AUTHORIZED TO AND DID TRANSCRIBE THE AUDIO FILE;

4     AND THAT THE FOREGOING PAGES ARE A TRUE AND CORRECT

5                 TRANSCRIPTION OF MY NOTES.

6    I FURTHER CERTIFY THAT I AM NOT AN ATTORNEY OR COUNSEL

7    OF ANY OF THE PARTIES, NOR AM I A RELATIVE OR EMPLOYEE

8    OF ANY ATTORNEY OR COUNSEL OF ANY PARTY CONNECTED WITH

9      THE ACTION, NOR AM I FINANCIALLY INTERESTED IN THE

10                          ACTION.

11   THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT

12     APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS

13   UNLESS UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE

14                 CERTIFYING TRANSCRIBER.

15          DATED THIS 3RD DAY OF DECEMBER 2024

16                 *Stephen Simpson*

17          STEPHEN SIMPSON, TRANSCRIBER

18

19

20

21

22

23

24

25

