# Exhibit 8

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: 5:24-cv-00249-CAS(SPx)

----------------------x

Johnny Ray Llamas,

    Plaintiffs,

V.

County of Riverside,

    Defendants.

----------------------x

          October 23rd, 2024

          Deposition via Zoom.



```
                                                          Page 8

 1     Q.  How old are you?
 2     A.  Eleven.
 3     Q.  Eleven.  Okay.  What -- what -- what's your
 4  date of birth?  Your birthday?
 5     A.  Oh, my birthday, July 8th.
 6     Q.  July 8th of what year?
 7     A.  2023 -- I mean, 2013.
 8     Q.  Okay.  Thank you.  What grade are you in?
 9     A.  Sixth.
10     Q.  Sixth grade.  Okay.  Have you ever spoken
11  with anyone who's like a police officer about your
12  dad at any time?
13     A.  Well, not a police officer.
14     Q.  Okay.  Thank you.  What's your dad's name?
15     A.  Johnny.
16     Q.  Okay.  Do you remember the last time you saw
17  your dad?
18     A.  Yeah, no, not really.
19     Q.  Okay.  Do you know how old you were when you
20  last saw your dad?
21     A.  No, I don't.
22     Q.  Okay.  Do you know the last time you talked
23  to your dad?
24     A.  Like, I want to say like 2020 probably.
25     Q.  Okay.  Do you know if you saw your dad at any
```



Page 9

```
 1   time after 2020 like in person?
 2       A.  No.
 3       Q.  Okay.  What grade were you in back in -- in
 4   2020, if you can remember?
 5       A.  I don't remember.
 6           MR. MARKS:  You didn't know there was
 7   going to be math questions today, did you.
 8   BY MS. ANDERSEN:
 9       Q.  So if I'm doing the math right, you were born
10   in 2013, in 2020 you would've turned seven.  Does
11   that sound right?
12       A.  Yeah.
13       Q.  Okay.
14       A.  Probably.
15       Q.  So maybe when you were about seven was the
16   last time you -- you actually saw your dad?
17       A.  Yeah.
18       Q.  Okay.  And -- and also the last time you
19   maybe you spoke to him was when you were seven.
20   Does that sound right?
21       A.  Yeah.
22       Q.  Okay.  Do you remember living in the same
23   house with house with your dad at any time?
24       A.  Yeah, he lived with us.
25       Q.  Okay.  Do you know what age you were when he
```



Page 10

```
 1   lived with you?
 2      A.   I don't remember.
 3      Q.   Okay.  Was it before you were seven, I
 4   assume?
 5      A.   Yeah.
 6      Q.   Okay.  Do you know if your dad always lived
 7   with you, like as far back as you can remember until
 8   the time you were seven?
 9      A.   He -- I don't remember when he --
10      Q.   That's okay.  That's okay.  Can you tell me
11   what kind of things you liked to do with your dad?
12      A.   Walk to the store with him, talk to him, play
13   with him.
14      Q.   Okay.  Other than your mom, have you ever
15   talked about your dad with anyone else since --
16   since 2020?
17      A.   Yeah, I've talked about him.
18      Q.   Who -- who did you talk to other than your
19   mom and also the -- the man sitting in the room with
20   you, your attorney?
21      A.   My grandma, my cousin, my aunt, my uncle, and
22   my sister.
23      Q.   Okay.  What's your sister's name?
24      A.   Sariah (phonetic).  And then there's two so,
25   Sariah and Carolyn.
```



```
 1     Q.   Okay.  And then you said your grandma, do you
 2   know your grandma's name?
 3     A.   Yeah, Carolyn.
 4     Q.   Was that your dad's mom?
 5     A.   Yeah.
 6     Q.   Okay.  And then I think you said aunt that
 7   you also talked to?
 8     A.   Yeah.
 9     Q.   Do you know her name?
10     A.   Yeah, Michelle (phonetic).
11     Q.   Okay.  And then I think you also said uncle.
12   What -- what's his name?
13     A.   Clint (phonetic).
14     Q.   Okay.  Other than those people that you just
15   named, is there anyone else that you've spoken to
16   about your dad?
17     A.   No, I can't remember anyone else.
18     Q.   Have you ever spoken to anyone at school
19   about your dad?
20     A.   Yeah, my friends.
21     Q.   Your friends.  Have you ever talked to like a
22   teacher or a counselor about your dad at school?
23     A.   A counselor, yeah.  But that was in fifth
24   grade.
25     Q.   Okay.  Back in fifth grade?
```



Page 13

```
 1     A.    Yeah.
 2     Q.    What's the name of your current school?
 3     A.    Terra Cotta.
 4     Q.    Terra Cotta.  Is that a middle school?
 5     A.    Yeah.
 6     Q.    Okay.  So I asked you about last time you
 7   talked to your dad.  What about like either text
 8   messages or letters or cards, since 2020, have you
 9   sent your dad any text messages or cards or anything
10   like that?
11     A.    Well, I have, I haven't like texted him or
12   nothing, I have a whiteboard that I wrote on, like,
13   I love you on it, and he wrote back to me on it.
14     Q.    Okay.  When -- when was that?
15     A.    That was like about a year ago.  A year ago,
16   yeah.
17     Q.    Okay.  And where is that whiteboard?  Do --
18   do you have it like in your room?
19            MR. MARKS:  We have it in the room with
20   -- with us today.
21            MS. ANDERSEN:  Oh.
22            MR. MARKS:  She brought it with her
23   today.  I could show it to the screen if you want to
24   see it.
25            MS. ANDERSEN:  Sure.  That -- that's
```



Page 14

1   fine.  You want to do that.
2              MR. MARKS:  Sure.
3   BY MS. ANDERSEN:
4       Q.  So it says, I love you kid and I miss you so
5   much; is that right?
6       A.  Mm-hmm.
7       Q.  Is that what it says?  Okay.  And then it
8   says your name, I won't say it on the record, but it
9   says your name on there too at the top; is that
10  right?
11      A.  Yeah.
12      Q.  Okay.  Because you're under 18, we refer to
13  you as S.L.  Okay.  So I just -- so there's no
14  confusion, I just don't want to say your -- your
15  real name.  Okay.  And so has that been like in your
16  room that he wrote that on for you?
17      A.  Yeah, I found it after he passed away.
18      Q.  Okay.  Okay.  Do you know when he wrote that
19  then if you found it after he passed away?
20      A.  Well, I don't know the exact date, but I -- I
21  don't really know.
22      Q.  Okay.  But you didn't see that until after he
23  had passed away; is that right?
24      A.  Yeah.
25      Q.  Okay.  So you don't know where that was



Page 15

```
 1   before he passed away; is that true?
 2        A.   Yeah, but I think it was hanging up on my
 3   grandma's wall.
 4        Q.   Oh, okay.  And your grandma Carolyn?
 5        A.   Yeah.
 6        Q.   Okay.  And then other than that whiteboard,
 7   do you have any other, let's say, did you send him
 8   any letters or text messages between 2020 and when
 9   he passed away?
10        A.   I used to call him, like, he used to call me
11   through the jail and we -- we used to send cards to
12   each other.  I'd send them -- I'd send him cards,
13   he'd send me back.
14        Q.   Okay.  So since 2020, did you talk to him
15   while he was in jail before he passed?
16        A.   No.
17        Q.   Okay.  Would it have been before 2020 when
18   you would speak to him when he was in jail?
19        A.   Yeah.
20        Q.   Okay.  And then, let's see, did you receive
21   any, like, letters or cards or text messages or
22   anything like that from him since 2020?
23        A.   Yeah.  Well, not since, but I have old cards
24   of his.
25        Q.   Would that -- would they have been before
```



Page 16

1   2020 then?
2       A.  Yeah.
3       Q.  Okay.  What kind of cards did he send you?
4       A.  He sent me, like, he would send them random,
5   but he'd send some, like that would say, oh, I love
6   and I miss you kid.  And he goes -- and he used to
7   say, I can't wait until I get to go home so I can
8   hug you.  And he -- if there was like a Halloween --
9   if it was Halloween, Thanksgiving holidays, he'd
10  send me like little, like a Easter card and like
11  Halloween cards and just mostly holiday cards.
12      Q.  Okay.  After he got out of jail, did you get
13  to see him?
14      A.  Before 2020, yeah.  After, no.
15      Q.  Okay.  I see.  Did you ever go visit him in
16  jail before 2020?
17      A.  No, I didn't.
18      Q.  Okay.  What kind of things did you talk to
19  your dad about?
20      A.  My friends, school, mostly like bugs.  What
21  kind of -- because like what kind of candy we'd like
22  or what we were going to do when we got home, or
23  what should we play.  Yeah, mostly those things.
24      Q.  Do you like bugs then?
25      A.  Yeah.



Page 18

```
 1   some indication then, some kind of name of the
 2   witness?  We -- nothing was stated on the record.
 3             MS. ANDERSEN:  S.L.
 4             THE COURT REPORTER:  Thank you.
 5             MS. ANDERSEN:  Mm-hmm.
 6             THE COURT REPORTER:  Thank you.
 7             And Mr. Marks -- Mr. Marks, do you want
 8   to order a copy?
 9             MR. MARKS:  Please.
10             THE COURT REPORTER:  Thank you?
11             Go ahead, Victor.
12             THE VIDEOGRAPHER:  Perfect.  Thank you
13   very much.  This concludes the deposition of S.L.
14   We're off the record at 10:19 a.m.
15             (Whereupon, the deposition was concluded
16   at 10.19 a.m.)
17
18
19
20
21
22
23
24
25
```

