# Exhibit 9

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: 5:24-cv-00249-CAS(SPx)

----------------------x

Johnny Ray Llamas,

    Plaintiffs,

V.

County of Riverside,

    Defendants.

----------------------x

              October 23rd, 2024

              Deposition via Zoom.



```
                                                           Page 11
 1   you have any other contact with anyone from the
 2   Riverside County Sheriff's Department about the
 3   death of your son?
 4        A.   No.
 5        Q.   Okay.  And I know it's kind of obvious from
 6   the complaint, but the -- your relationship to
 7   Johnny Llamas, he is your biological son; is that
 8   correct?
 9        A.   Yes.
10        Q.   Okay.  Have you gone by any other names in
11   your life other than Carolyn Campbell?
12        A.   Yes.
13        Q.   And what other names have you gone by?
14        A.   Llamas.
15        Q.   Okay.  And when did you stop going by Llamas?
16        A.   When I got married.
17        Q.   Okay.  Is Llamas your maiden name then?
18        A.   Yes.
19        Q.   Okay.  And then what year then did you stop
20   using Llamas as your maiden name?
21        A.   In '89.
22        Q.   1989?
23        A.   Mm-hmm.
24        Q.   Yes?
25        A.   Yes.
```



Page 12

1    Q.  Okay.  Thank you.  What's your date of birth?
2    A.  May 2nd, 1958.
3    Q.  And do you currently live with anyone?
4    A.  No.
5    Q.  But where do you live?
6    A.  In Lake Elsinore.
7    Q.  Okay.  Let's say since the year 2020, have
8  you ever lived with anyone at the same residence?
9    A.  No.
10   Q.  In April of 2023, did you live at the same
11 residence you currently live at in Lake Elsinore?
12   A.  Yes.
13   Q.  Between 2020 and 2023, did Johnny ever live
14 with you at your --
15   A.  Yes.
16   Q.  -- residence?
17   A.  Yes.
18   Q.  Okay.  And during what time periods?
19   A.  When he first was released from prison.  I'm
20 not sure what the date was.  I was really sick.  I
21 don't remember a lot.
22   Q.  Can you give me your best estimate?  Maybe
23 just the year?
24   A.  I -- I -- I really don't know.
25   Q.  Okay.



Page 13

1    A.   Whenever he was released.
2    Q.   Do you know how long he lived with you?
3    A.   It was off and on.
4    Q.   Okay. In April of 2023, was Johnny living
5  with you at your residence?
6    A.   No.
7    Q.   Okay. Are -- are you currently married?
8    A.   No, I'm a widow.
9    Q.   Okay. Were you ever married to -- to
10  Johnny's father?
11   A.   No.
12   Q.   And from the testimony of your daughter,
13  Kristine, I understand you have -- are there four
14  children?
15   A.   Three.
16   Q.   Three children? Okay. And what are the
17  names of your -- your three children?
18   A.   Michelle(phonetic), Kristine, and my son,
19  Johnny.
20   Q.   Okay. Do you know if Johnny was ever
21  married?
22   A.   No.
23   Q.   Is that -- I guess I asked that question
24  pretty poorly, but does that mean he -- as far as
25  you're aware, he was never married; is that correct?



Page 14

```
 1     A.    Never married.
 2     Q.    Okay.  Thank you.  And do you know how many
 3   children Johnny has?
 4     A.    Two.
 5     Q.    Two.  And I'm just going to refer to them by
 6   their initials as I understand it.  Would that be
 7   S.L. and V.L.?
 8     A.    Yes.
 9     Q.    Okay.  And what is your highest level of
10   education?
11     A.    High school graduate.
12     Q.    Within the past 10 years, have you been
13   convicted of a felony?
14     A.    No.
15     Q.    What is Johnny's highest level of education?
16     A.    Ninth grade, I believe.
17     Q.    Again, from the testimony of your daughter
18   earlier, I understand he was maybe taking classes or
19   courses to obtain his GED.  Does that sound
20   accurate?
21     A.    Yes.
22     Q.    Okay.  Do you know if he ever obtained his
23   GED?
24     A.    No.
25     Q.    Do you know whether he ever obtained any type
```



Page 21

```
 1     Q.   Other than that one time -- a couple days or
 2   so after your son's passing, have you spoken with
 3   her again?
 4     A.   No.
 5     Q.   Okay.  Have you attempted to reach out to her
 6   at any time, again, other than that one time you --
 7   you spoke with her a couple days after the incident?
 8     A.   No.
 9     Q.   Any other time where you tried to reach out
10   to her?
11     A.   No.
12     Q.   Okay.  Any other time where she's tried to
13   contact you since Johnny's passing?
14     A.   No.
15     Q.   Okay.  Do you know where she lives?
16     A.   No.
17     Q.   Do you have a phone number for her or
18   anything?
19     A.   No.
20     Q.   When was the last time you saw Johnny prior
21   to his death?
22     A.   The night before he was murdered.
23     Q.   Okay.  And where did you see him?
24     A.   He came to my house.
25     Q.   Okay.  Did you guys talk about anything?
```



1    A.   No, he took a shower, fed him.  He told me to
2  be careful.  He was worried about me being sick.
3    Q.   Did he spend the night at your house?
4    A.   No.
5    Q.   Okay.  Was Priscilla with him at that time?
6    A.   No, he was by himself.
7    Q.   Okay.  Did he say anything about law
8  enforcement, or police, or deputies, or anything
9  during your contact with him that night before?
10   A.   He told me that they tried -- they set his
11 place on fire and it was so hot it melted all kinds
12 of metal and stuff there.
13   Q.   When did he say that occurred, if he did?
14   A.   Right before he died.
15   Q.   Okay.  He -- he told you that the police had
16 set something on fire of his?
17   A.   His -- his place.
18   Q.   Where -- where was he living at that time?
19   A.   I think it's Mountain Road or something like
20 that.
21   Q.   Was he living in an apartment, a house?
22   A.   A trailer.
23   Q.   A trailer?  And did he tell you during -- the
24 night before that the police had set his trailer on
25 fire?



Page 24

```
 1   and V.L., Johnny's daughters?
 2       A.   Yes.
 3       Q.   Okay.  When was the last time you saw S.L.
 4   maybe other than currently at your attorney's
 5   office?  But when was the last time before this that
 6   you saw S.L.?
 7       A.   Couple days ago.
 8       Q.   Do you guys live close to each other in Lake
 9   Elsinore?
10       A.   Yes.
11       Q.   What about V.L.?  When was the last time you
12   saw her?
13       A.   Oh, it's probably been about eight months.
14       Q.   Okay.  And it's my understanding she lives
15   out of state; is that -- is that correct?
16       A.   Yes.
17       Q.   Do you know what state she lives in?
18       A.   I believe it's Oklahoma.
19       Q.   Have you ever gone to Oklahoma to visit her?
20       A.   No.
21       Q.   Do you know if Johnny ever went to Oklahoma
22   to visit her?
23       A.   No, but he sent her money in Oklahoma.
24       Q.   Okay.  Have you ever talked about what
25   happened during the incident with Johnny and the law
```



Page 28

1    A.   No.
2    Q.   Okay.  Have you ever talked with your
3  daughter, Kristina, about the incident with Johnny
4  and what happened or anything like that?
5    A.   Yes.
6    Q.   Okay.  And out -- I don't want to know any
7  communications you had with your attorney or in the
8  presence of your attorney.  So with that qualifier
9  and clarifier, what conversations have you had with
10 your daughter, Kristina, about Johnny's death?
11   A.   Just that they already had shot him in the
12 back twice.  Why couldn't have they done something
13 different than to shoot him in the head -- in the
14 back of the head?  I just can't understand.
15   Q.   And, again, I don't want any information from
16 your attorney, but have you ever read any reports or
17 watched any videos related to the incident with law
18 enforcement and Johnny?
19   A.   No.
20   Q.   Okay.  When Johnny was incarcerated, did you
21 maintain communication with him?
22   A.   Always.
23   Q.   Okay.  And how would he reach you?
24   A.   Telephone calls, mail.
25   Q.   Okay.  Did you ever call him while he was in



Page 30

```
 1   him when he was at the fire camps?
 2        A.   Not that I know of.
 3        Q.   Okay.  So it's your testimony that you never
 4   spoke with him at any time while he was at the fire
 5   camps; is that correct?
 6        A.   I believe so.
 7        Q.   Well, you believe so.  Did you make any phone
 8   calls to him when he was at the fire camps?
 9        A.   No.
10        Q.   Okay.  Did you receive any phone calls or
11   texts from him while he was at the fire camp?
12        A.   I don't believe they had a phone available
13   for him.
14        Q.   Okay.  Do you know what years he was at the
15   fire camp?
16        A.   All the times he was in prison, he always got
17   to the fire camp.
18        Q.   So when he was incarcerated in an actual jail
19   or prison, not at the fire camp, how often would you
20   speak with him on the phone?
21        A.   Every day sometimes.
22        Q.   And then you said also through mail; is that
23   correct?
24        A.   Mm-hmm.
25        Q.   Yes?
```



```
 1     A.   Yes.
 2     Q.   Okay.  When he wasn't in custody, how often
 3  would you say you saw him?
 4     A.   Three, four times a week.
 5     Q.   Okay.  And where would you see him?
 6     A.   He'd come to my house, or I would take
 7  groceries to him, or take gas.
 8     Q.   Where was he living when you would bring him
 9  groceries or get him gas?
10     A.   On mount -- off of Mountain Street.
11     Q.   In what city is that?
12     A.   Paris.
13     Q.   Okay.  Is that the trailer that you were
14  talking about earlier?  Is that the same location?
15     A.   Mm-hmm.
16     Q.   Yes?
17     A.   Yes.
18     Q.   Okay.  Other than living in that trailer, do
19  you know any other locations he lived in?
20     A.   He lived all around Paris in different
21  people's homes, you know, but I don't know --
22     Q.   Do you know what -- sorry, I didn't mean to
23  cut you off.  Did -- do you know who owned the
24  trailer that Johnny was living in?
25     A.   Can't think of his name.  He died.  He
```



```
 1   him gas.  Did he ever get you gas?
 2      A.  No.
 3      Q.  Okay.  Back in around 2022, did you ever
 4   speak with Kristina, your -- your daughter,
 5   Kristina, about an investigation related to your
 6   son?
 7      A.  No.
 8      Q.  Okay.  She -- she never told you anything
 9   about an ongoing investigation by the Riverside
10   Sheriff's Department and your son?
11      A.  No.
12      Q.  Related to any type of allegations of
13   inappropriate touching at her residence?
14      A.  No.  I never heard of that, and I -- my son
15   never talked to me about anything neither.
16      Q.  Did you say Melissa, or did you say Kristine?
17   I'm sorry.
18      A.  Never.
19      Q.  Okay.  Were there ever any times that you and
20   your granddaughters would be on the phone with
21   Johnny in your presence?
22      A.  No.
23      Q.  Okay.  Since Johnny's passing, have you
24   sought any type of counseling or therapy?
25      A.  One session.  I did.
```



Page 35

```
 1      Q.   Okay.  And when was that?
 2      A.   About a month after he passed.
 3      Q.   Do you recall the name of the counselor or
 4   the therapist that you saw?
 5      A.   I can't think of her name.  It's what happens
 6   when you get old, forget everything.  I can't think
 7   of her name.
 8      Q.   How about where did you see this counselor or
 9   therapist?
10      A.   Lake Elsinore Mental.
11      Q.   You say Lake Elsinore Mental?
12      A.   Mental clinic.
13      Q.   Okay.  Is that the name that you recall?
14      A.   Uh-huh.
15      Q.   Specifically, that name?
16      A.   Yes.
17      Q.   Okay.  And you only did, I think you said one
18   session about a month after your son's passing; is
19   that -- is that accurate?
20      A.   Yes.  She was a therapist and I saw her once,
21   and then they had me go to a side doctor.  He was
22   treating me pills and I -- I didn't like that.
23      Q.   Okay.  So she sent you or referred you
24   somehow to a -- a psychiatric doctor who prescribed
25   you medication?
```



Page 38

```
 1      A.   Yes.  The second medication.  Yes.
 2      Q.   Okay.  Do you recall the names right now of
 3   either of those medications you were prescribed?
 4      A.   I never heard of them in my whole life, and I
 5   just -- I just decided that, you know what -- what
 6   -- what are they giving me?  I mean, I wasn't
 7   feeling any different or it's weird.
 8      Q.   Do you know what they were for?  Maybe not --
 9   you don't know the name of them, but did the doctor
10   tell you what they were prescriptions for?
11      A.   He said all kinds of things were wrong with
12   me.  Depression -- oh, I have a list at home.  It
13   was ridiculous.
14      Q.   Okay.  And let's say before your son's
15   passing, had you ever sought any type of mental
16   health treatment?
17      A.   No.
18      Q.   Okay.  So this was the first time you had
19   ever sought mental health treatment, that's about a
20   --
21      A.   Right.
22      Q.   -- month after the incident?
23      A.   Right.
24      Q.   Okay.  Did you talk with these therapists or
25   the therapist or the psychiatrist about your son's
```



Page 39

1  passing and its effect on you?
2      A.   The therapist I did.
3      Q.   Okay.  What kind of things did you talk about
4  with the therapist related to your son's passing?
5      A.   Well, I was real -- I -- I -- I was scared
6  because I didn't know if he suffered or what was
7  going on.  And I told her, I -- you know, I can't
8  get over it.  And she says my son was standing right
9  next to me and that brought me comfort.  But --
10     Q.   The -- just to clarify, the therapist told
11 you that your son was standing next to you at the
12 time --
13     A.   Uh-huh.
14     Q.   -- at the time of the appointment?
15     A.   Yes.
16     Q.   Okay.  Did you talk with her about what
17 happened during the incident or anything like that?
18     A.   Yes.  I did.
19     Q.   Okay.  What did you tell her?
20     A.   I told her about the police dog.
21          THE COURT REPORTER:  I didn't hear.  I'm
22 sorry.  You told her about?
23          THE WITNESS:  About him shooting the
24 police dog.
25          THE COURT REPORTER:  The police dog?



Page 42

1  any, like, mental health, things related to your
2  son's passing?
3      A.   No.
4      Q.   So, I want to ask you just again about S.L.
5  and V.L.  because you have maintained contact with
6  them.  Did you notice any changes in their behavior?
7  We can take one at a time.  So let's do S.L.  first.
8  So did you notice any changes in S.L.'s behavior
9  from before her father passed to after he passed?
10     A.   Yeah.  I do.
11     Q.   Okay.  Can you tell me what those -- what
12  those are -- what those changes were that you
13  noticed?
14     A.   She's sad.  She doesn't say much anymore.
15  She used to color and draw and be all over me, and
16  now she's like this --
17              THE COURT REPORTER:  I'm sorry.  I need
18  you to repeat that, ma'am.  I -- I'm sorry.  She
19  doesn't say much anymore.  She's -- please repeat
20  your answer?
21              THE WITNESS:  She's distant.  She's,
22  like, into her own little world.
23  BY MS. ANDERSEN:
24     Q.   Did you -- do you know the last time she
25  spoke with her father, your son, before the



Page 44

```
 1   things they -- they diagnosed you with, if I'm
 2   understanding what you said correctly.  Do you
 3   recall any of the diagnoses you received from either
 4   the therapist or the psychiatrist you saw after your
 5   son's death?
 6       A.  Well, I -- I didn't realize that he -- he had
 7   all these different things down and I'm going, what
 8   the heck is this?  I didn't understand it, to be
 9   honest with you.
10       Q.  Okay.
11       A.  I didn't understand how he came up with all
12   of that.
13       Q.  Okay.  And this -- this question, can you
14   tell me a bit about how your son's passing has
15   affected you?
16       A.  I'm lost.  Not like this.  I'm not myself
17   anymore.  I'm withdrawn.  I don't do anything
18   anymore.  I just feel so scared, and sad.  He was a
19   big part of my life.  He used to come over and we'd
20   sit down and we'd talk about music and tell me not
21   to worry that everything's going to be all right.
22   He always told me, don't let nobody get you down,
23   mom.  You're a beautiful person.  He used to tell me
24   how nice and sweet.  I was -- I was always there for
25   him.  I always believed in him.  I told him, don't
```



1  ever give up.  You'll get it right one day.
2      Q.  I think you mentioned -- you said you were
3  scared now.  Can you tell me what -- what are you
4  scared of?
5      A.  I'm scared that I'm by myself now.  I don't
6  have him and he's always come -- make me feel good,
7  make me feel better inside, cheer me up, make me
8  laugh.  I'm really scared without him.  And I was
9  scared that -- that -- when they shot him, I was so
10 scared that he was laying there and I don't know
11 whether he died instantly or if he laid there and
12 heard all the cops saying whatever they were saying.
13 I don't know.  But that terrifies me.
14     Q.  Had you ever seen your son with a gun before
15 this incident?
16     A.  No.  I never saw him with any kind of bombs
17 or anything.  I never saw him with -- like that.
18     Q.  Did you know if he ever owned a gun at any
19 time as an adult?
20     A.  No.  I never -- never knew that.
21         MS. ANDERSEN:  Okay.  I don't have any
22 more questions for Ms. Campbell.
23         MR. MARKS:  Right.  Very good.
24         THE COURT REPORTER:  Okay.  Mr. Marks,
25 do you want to order a copy of the transcript.



Page 47

1   I STEPHEN SIMPSON, TRANSCRIBER, DO HEREBY CERTIFY; THAT
2   I WAS AUTHORIZED TO AND DID TRANSCRIBE THE AUDIO FILE;
3    AND THAT THE FOREGOING PAGES ARE A TRUE AND CORRECT
4                TRANSCRIPTION OF MY NOTES.
5   I FURTHER CERTIFY THAT I AM NOT AN ATTORNEY OR COUNSEL
6    OF ANY OF THE PARTIES, NOR AM I A RELATIVE OR EMPLOYEE
7   OF ANY ATTORNEY OR COUNSEL OF ANY PARTY CONNECTED WITH
8      THE ACTION, NOR AM I FINANCIALLY INTERESTED IN THE
9                          ACTION.
10  THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT
11     APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS
12  UNLESS UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE
13               CERTIFYING TRANSCRIBER.
14            DATED THIS 3RD DAY OF DECEMBER 2024
15              *Stephen Simpson*
16            STEPHEN SIMPSON, TRANSCRIBER
17
18
19
20
21
22
23
24
25

