# Exhibit 10



# Riverside County Sheriff's Department
*Chad Bianco, Sheriff-Coroner-Public Administrator*

## Coroner-Public Administrator
800 South Redlands Avenue • Perris • California • 92570
www.riversidesheriff.org

Mark A. Fajardo, M.D.
Forensic Pathologist

## AUTOPSY PROTOCOL

SHERIFF-CORONER
APR 21 '23 PM 1:41

**NAME OF DECEDENT:**  LLAMAS, JOHNNY           **FILE NUMBER:**  2023-03024

**FINAL DIAGNOSES:**

I. Decedent status post deputy-involved shooting incident with reports of a high-powered rifle deployed; gunshot wound of the head with subtotal transection of the brainstem and gunshot wound of the buttock with no vital structures encountered.

II. Please refer to formal toxicology report.

**CAUSE OF DEATH:**    HIGH-POWERED RIFLE GUNSHOT WOUND OF HEAD

**OTHER SIGNIFICANT CONDITIONS:**  NONE

"I hereby certify that I, Mark A. Fajardo, M.D., have performed an autopsy on the body of Johnny Llamas, on the 18th day of April 2023, commencing at 8:00 a.m., in the mortuary of the Perris Office of the Riverside County Sheriff-Coroner."

**External Examination:**  The body is received in a sealed body bag bearing the seal number 069451 which is subsequently broken at 8:00 a.m. Upon opening the body bag, the body is found to be that of a well-developed, well-nourished, Hispanic appearing male measuring 71" in length and weighing 185 pounds. The subject's general appearance is consistent with the stated age. The decedent is unclothed. The body has been refrigerated and is cool to the touch. Rigor mortis is 2+ in the jaws, neck, and upper and lower extremities. Livor mortis is present in a posterior dependent distribution, with relative sparing of the weight-bearing areas, and does not blanch to palpation. The body is unembalmed. The decedent is identified by a Coroner's tag affixed to the right great toe bearing the decedent's name.

The subject is normocephalic. There is a gunshot wound to the head as well as patterned injuries to be described further below. The scalp hair is normally distributed, black, measuring up to ½" in length. There is stubble in a normal facial hair distribution. The facial features appear symmetrical and normally formed. The corneae are clear. The irides are brown. The pupils are round and regular measuring 0.4 cm bilaterally. The conjunctivae are pink and moist and there are no conjunctival petechial hemorrhages. There is no scleral icterus. Arcus senilis is not seen. The nose

LLAMAS, JOHNNY/2023-03024 (2)

is normally formed and has an intact bony and cartilaginous structure although there is a gunshot wound to the left naris to be described further below. The nostrils are otherwise patent. The ears are symmetrical and show no hemorrhage or discharge. The teeth are natural and are in a good state of repair. The oral mucous membranes are pink and moist and show no evidence of trauma or petechial hemorrhage. No foreign material or blood is present in the mouth. The neck is symmetrical, normally formed and involved with patterned injuries to be described further below. There is no palpable crepitus or hypermobility of the neck.

The chest is symmetrical and normally formed. There is injury to the left axillary region to be described further below. No palpable crepitus or bony deformity is present over the chest wall. The abdomen is flat. No abdominal trauma is noted externally. No masses are palpated. The external genitalia are those of a normally developed, apparently uncircumcised adult male. Both testicles are present within the scrotal sac. The pubic hair pattern is normal. The anus is closed and atraumatic.

The upper extremities are symmetrical, normally formed, and involved with traumatic injuries to be described further below. No needle tracks or needle marks are noted. Upon receipt of the body, the hands are not enclosed in paper or plastic bags. Examination of the fingernails reveal them to be thin and translucent and are neatly trimmed and closely kept.

The lower extremities are symmetrical, normally formed, and involved with minimal injuries to be described further below. The toenails are thin and translucent and are neatly trimmed and closely kept. The soles of the feet are minimally callused.

The posterior trunk shows a normal symmetrical external contour. There is a gunshot wound to the right buttocks region to be described further below.

**SCARS AND DISTINGUISHING MARKS:** Multiple tattoos adorn the body surfaces.

**EVIDENCE OF THERAPEUTIC INTERVENTION:** Defibrillator pads and EKG pads are present overlying the anterior and lateral body surfaces.

**EVIDENCE OF EXTERNAL TRAUMA:**

**GUNSHOT WOUND #1**

**ENTRANCE:** Present to the left naris is an irregular entrance gunshot wound. The injury proper involves the circumferential portion of the naris measuring up to 3/8 x ½" in dimension with associated abrasion to the surrounding region. No carbonaceous debris or soot-like material is present around or within the depths of the injury.

**EXIT:** By gross and radiographic assessment, this is a penetrating gunshot wound with no exit wound associated.

LLAMAS, JOHNNY/2023-03024 (3)

**PATH OF PROJECTILE:** The projectile passes through the meatus of the left nostril, entering through the cranial sinuses immediately posterior to the ethmoid bone, resulting in a subtotal transection of the right pons and medulla oblongata as well as associated injury to the right lobe of the cerebellum. The projectile is then found floating in the middle cranial fossa and is dislodged into the posterior cranial fossa upon extraction of the brain. Associated with the gunshot wound is a moderate amount of subarachnoid hemorrhage present to the base of brain structures with extension to involve the dorsal convexities.

**TRAJECTORY OF PROJECTILE:** The projectile travels from front to back, slightly upward, and slightly from left to right.

**RECOVERY OF PROJECTILE:** A minimally deformed jacketed high-powered rifle projectile is recovered and submitted to the investigating agency.

**GUNSHOT WOUND #2**

**ENTRANCE:** Present to the right upper buttock region, located 32 inches from the top of the head and 1 ¾ inches right of the posterior midline, is a roughly circular in configuration entrance gunshot wound. The injury proper measures 3/16" in diameter with a poorly formed abrasion collar immediately surrounding the injury measuring less than 1/8" in thickness. No carbonaceous debris or soot-like material is present around or within the depths of the injury.

**EXIT:** By gross and radiographic assessment, this is a penetrating gunshot wound with no exit wound associated.

**PATH OF PROJECTILE:** The projectile passes through the skin and musculature of the right buttock region with subtotal obliteration of the right femoral head. The projectile is then found within the acetabular fossa adjacent to the extensively fractured femoral head as previously described. Associated with the gunshot wound is a minimal amount of hemorrhage into the fracture site as well as the surrounding musculature although no vital structures are encountered.

**TRAJECTORY OF PROJECTILE:** The projectile travels from back to front, from left to right, and slightly downward.

**RECOVERY OF PROJECTILE:** A moderately deformed high-powered rifle projectile is recovered from the acetabular fossa and is submitted to the investigating agency.

Present to the left zygoma/malar region, as well as the lateral aspects of the left side of the neck, are patterned injuries most consistent with canine activity. The injury to the face measures ¾" x 2 ½" in dimension with the injury to the neck measuring 1 x 1 ¾" in dimension. Present to the extensor aspects of the right forearm is an area of scrape abrasion measuring 1 ½" horizontally by 6" vertically. There is contusion noted superior to the right kneecap measuring ¾" with an abrasion located inferior and medial to the right kneecap measuring ½". Present to the left axillary region are two areas of canine activity encompassing a region measuring 4" x 7" in dimension. There is

LLAMAS, JOHNNY/2023-03024 (6)

Multiple coronal sections of the cerebrum and transverse sections of the cerebellum and brainstem show the usual pattern of internal architecture without focal mass lesions and confirms the hemorrhagic wound track as previously described. The ventricular system is of normal configuration and contains frankly bloody cerebrospinal fluid.

**ASSISTANTS:** Coroner technician, Craig Wills.

**SPECIMENS FOR PATHOLOGY:** Representative sections of all major organs are retained.

**SPECIMENS FOR TOXICOLOGY:** Heart blood, vitreous, gastric, liver, bile, urine, and brain.

**PHOTOGRAPHS:** Photographs are by forensic technician, Sean Edwards-Sivitos.

**POSTMORTEM RADIOGRAPHS:** Postmortem radiographs are obtained.

**DIAGRAMS:** Diagrams are by Dr. Fajardo.

**MATERIALS FOR CRIME LABORATORY:** Recovered projectiles and blood for typing.

**POLICE WITNESSES:** Investigator Nicholas Jones, Riverside County Sheriff's Department – Central Homicide Unit; Esteban Carranza, Riverside County District Attorney's office.

**MICROSCOPIC DESCRIPTION:** Microscopic examination is deferred.

_____  
Mark A. Fajardo, M.D.  
Forensic Pathologist

_____4/21/2023_____  
Date

MAF/rlb  
MAF  4/19/2023