Exhibit 11













CONFIDENTIAL

COR 000919



CONFIDENTIAL

COR 000920



CONFIDENTIAL

COR 000921



CONFIDENTIAL



CONFIDENTIAL

COR 000923



CONFIDENTIAL

COR 000926