# Exhibit 12

CSS
203 S MAIN
ALTUS, OK 73521



State of Oklahoma
Oklahoma Human Services
Child Support Services
www.okdhs.org
www.okbenefits.org
(405) 522-2273
FAX: (580) 480-3623
05/13/23
FGN: 000943187001



AMBER R SNETSINGER

RE: JOHNNY LLAMAS
Other State IV-D No.:

## Notice of Intent to Close Child Support Case

Your child support case is being closed effective 07/12/23 because:

The non custodial parent, referenced above, has passed away.

If you feel this action is in error or if you have any questions, contact the office listed above before 07/12/23.

Closure of your child support case will not affect child care subsidy benefits.

Child Support Services

CSS01 v5        U84108/ALT     Pkg 2023051319141091-001

**CONFIDENTIAL**
**PLT V.L. 0003**