# Exhibit 13

  **Memphis**  

Hi this is V█

AUG 5, 2022 AT 12:07 PM

 Hey v█ good morning

AUG 5, 2022 AT 12:18 PM

Thank you soooo much for the money for my hair

 Well you very welcome kid.



   Aa  

**CONFIDENTIAL
PLT V.L. 0004**

 **Memphis**

> I was wondering what you looked like

 Ill take a pic for you in a second. Im driving at the moment.. but I'll send u one promise

AUG 5, 2022 AT 12:33 PM



*Here's the pic kid.*

> I really appreciate you helping me get my hair done mom was wondering when you're going to send the money and if you can I was wondering if I can get some money for school clothes but if you don't

CONFIDENTIAL
PLT V.L. 0005

**Memphis**

> Hi it's V█

OMG

Hi V█. How it going

> Nothing

Nothing? Their has to be something going on.. what did you do today

> We went to church and then we came home and then that's it 😆

😃

Hey V█ I Kno this is probably kinda awkward for you . But I would love for us to get to know each other. We can take it slow.if you w

CONFIDENTIAL
PLT V.L. 0006

 **Memphis**

> when you're going to send the money and if you can I was wondering if I can get some money for school clothes but if you don't have it I really understand

> Mom told me to stop asking for stuff sorry.

 I can't promise anything right now I'll see what I can do.

> She says I have your eyes and ears

 I think you do to.. u got a lot of family over here with the same eyes..



CONFIDENTIAL
PLT V.L. 0007

  **Memphis**  

 I think you do to.. u got a lot of family over here with the same eyes..



AUG 5, 2022 AT 12:55 PM

  

 

AUG 5, 2022 AT 1:41 PM

   Aa  

CONFIDENTIAL
PLT V.L. 0008

  **Memphis**  

 Okay then what's you favorite movie

> I don't really have a favorite movie but I really like horror movies

 Yea me too. I like Michael Myers. Who's you favorite character in a horror movie

> I like all

 That's right kid. Well I don't want to bore you too much so I'll let you go.. but I hope we can talk again real soon . If you want to know anything about me then just ask .okay?

> Okay bye

 Bye bye kid



Thank you Amber. I really

   Aa  

CONFIDENTIAL
PLT V.L. 0009

  **Memphis**  

> Yeah it's pretty boring here too

 Well tell me what's your favorite color

> Purple

 What's your favorite ice cream

> I like just plane vanilla or chocolate

 Okay then what's you favorite movie

> I don't really have a favorite movie but I really like horror movies

 Yea me too. I like Michael Myers. Who's you favorite character in a horror movie

> I like all

   Aa  

CONFIDENTIAL
PLT V.L. 0010

  

**Memphis**

 other. We can take it slow.if you want.

 Okay 😊

 Alright well let me tell you about my day

Kk

So today I went to work about an hour up in the mountains and while I was there I got to see a big black bear. Crazy right? Then I came back watched my favorite TV show thw Mayans and now I'm talking to you. Pretty boring right

Yeah it's pretty boring here too

 Well tell me what's your favorite color

   Aa  

CONFIDENTIAL
PLT V.L. 0011