# Exhibit 14

(Manually Lodged with Court)