# Exhibit 15

(Manually Lodged with Court)