Exhibit 2



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



COR 000419



CONFIDENTIAL

COR 000423





[redacted]

[redacted]

CONFIDENTIAL



CONFIDENTIAL

COR 000436



1
2
3
4
5
6
7
8

CONFIDENTIAL

COR 000437