# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L., a minor by and through the Guardian Ad Litem Kristine Llamas Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and through the Guardian Ad Litem Amber Snetsinger, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; and CAROLYN CAMPBELL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; SHAWN HUBACHEK; JIMMIE MCGUIRE; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00249-CAS-SP<br><br>*Honorable Christina A. Snyder*<br><br>**[PROPOSED] ORDER [GRANTING] [DENYING] APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

# [PROPOSED] ORDER

The Court has considered Plaintiffs' Application for Leave to File Under Seal, which is hereby:

_____ DENIED. Good cause does not exist to file this exhibit under seal, and the document that is the subject of the Application shall be filed regularly through the Court's CM/ECF system.

_____ GRANTED. The document that is the subject of the Application shall be filed under seal through the Court's CM/ECF system.

IT IS SO ORDERED.

DATED: June _____, 2025

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE