| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| **TITLE OF CASE (Abbreviated)**<br>S.L., et al. (Llamas) v. County of Riverside | |
| **ATTORNEY(S) NAME AND ADDRESS**<br>Dale K. Galipo [CA SBN 144074]<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd, Suite 310<br>Woodland Hills, California 91367<br>Fax: (818) 347-4118<br>Email:  dalekgalipo@yahoo.com | |
| **ATTTORNEY(S) FOR: Plaintiffs** | Case No.: 5:24-cv-00249-CAS-SP<br>Hon. Christina A. Snyder<br>Hon. Mag. Judge Sheri Pym |

## DECLARATION OF SERVICE

I, Santiago G. Laurel, am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action.  My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367. On June 2, 2025, I served the foregoing document described as: **DECLARATION OF BENJAMIN S. LEVINE IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBIT; AND EXHIBIT 2 (Unredacted);** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as specified below:

### SEE ATTACHED SERVICE LIST

**METHOD OF SERVICE**

☐   (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the address specified above.

☐   I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☐   I placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of this office for the collection, processing and mailing of documents.  On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒   (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 2, 2025

_____
Santiago G. Laurel

# SERVICE LIST

Eugene P. Ramirez (State Bar No. 134865)
Lynn Carpenter (State Bar No. 310011)
Kayleigh Andersen (State Bar No. 306442)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor,
Los Angeles, California 90017-3012
Facsimile: (213) 624-6999
Emails: eugene.ramirez@manningkass.com; lynn.carpenter@manningkass.com; kayleigh.andersen@manningkass.com; Shanika.Linear@manningkass.com; Angela.Thompson@manningkass.com

*Attorneys for Defendants, COUNTY OF RIVERSIDE, SHAWN HUBACHECK, and JIMMIE MCGUIRE*

Garo Mardirossian, Esq., #101812
Lawrence D. Marks, Esq., #153460
**MARDIROSSIAN AKARAGIAN, LLP**
6311 Wilshire Boulevard
Los Angeles, CA 90048-5001
Facsimile (323) 651-5511
Email: garo@garolaw.com; Lmarks@garolaw.com; thor@garolaw.com; daniel@garolaw.com

*Attorneys for Plaintiffs S.L. and Carolyn Campbell*