LAW OFFICES OF DALE K. GALIPO
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L., et al.<br><br>PLAINTIFF(S)<br>v.<br>County of Riverside, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>5:24-cv-00249-CAS-SP<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Exhibit 14 to Declaration of Benjamin S. Levine in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment

Exhibit 15 to Declaration of Benjamin S. Levine in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

June 2, 2025
Date

Benjamin S. Levine
Attorney Name

V.L.
Party Represented

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING