

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

S.L., a minor by and through the Guardian Ad Litem Kristine Llamas Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and through the Guardian Ad Litem Amber Snetsinger, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; and CAROLYN CAMPBELL, individually,

Plaintiffs,

v.

COUNTY OF RIVERSIDE; SHAWN HUBACHEK; JIMMIE MCGUIRE; and DOES 3-10, inclusive,

Defendants.

Case No. 5:24-cv-00249-CAS-SPx

*Honorable Christina A. Snyder*

**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL**

///

///

///

**ORDER**

The Court has considered Plaintiffs' Application for Leave to File Under Seal, which is hereby GRANTED. The document that is the subject of the Application shall be filed under seal through the Court's CM/ECF system.

IT IS SO ORDERED.

Dated: June 2, 2025

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE