**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff V.L.*

Garo Mardirossian (SBN 101812)
garo@garolaw.com
Lawrence D. Marks (SBN 153460)
Lmarks@garolaw.com
**MARDIROSSIAN AKARAGIAN, LLP**
6311 Wilshire Blvd.
Los Angeles, CA 90048
Tel: (323) 653-6311
Fax: (323) 651-5511

*Attorneys for Plaintiffs S.L. and CAROLYN CAMPBELL*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L., a minor by and through the Guardian Ad Litem Kristine Llamas Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and through the Guardian Ad Litem Amber Snetsinger, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; and CAROLYN CAMPBELL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; SHAWN HUBACHEK; JIMMIE MCGUIRE; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00249-CAS-SP<br><br>*Hon. Christina A. Snyder*<br><br>**STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING PRETRIAL DEADLINES AND HEARINGS**<br><br>*[Proposed Order filed concurrently herewith]* |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs V.L., S.L., and Carolyn Campbell, and Defendants County of Riverside, Shawn Hubachek, and Jimmie McGuire—the parties to this action—for the purpose of jointly requesting that the honorable Court enter an order, pursuant to Fed. R. Civ. P. 16(b)(4) and any applicable Orders of the Court, briefly continuing the applicable pretrial filing deadlines, cutoffs, and hearings, as follows:

**GOOD CAUSE STATEMENT**

1. This is a wrongful death and survival civil rights action involving the Riverside County Sheriff's Department. Plaintiffs' original complaint was filed against the County of Riverside and Doe defendants on February 1, 2024. [Dkt. 1.] After that Complaint was filed, a First Amended Complaint was filed on September 27, 2024, naming Shawn Hubachek and Jimmie McGuire as additional defendants. [Dkt. 34] All named defendants subsequently answered the First Amended Complaint. [Dkt. 39.]

2. The Court issued an Order setting pretrial dates and deadlines in this action on June 3, 2024. [Dkt. 27.] Those dates and deadlines include, in relevant part:

   a. A Settlement Completion Cutoff of August 6, 2025;

   b. A deadline to file Motions *in Limine* of August 11, 2025 (28 days before Final Pretrial Conference);

   c. A Status Conference re: Settlement on August 18, 2025, at 11:00 a.m.; and

   d. A Final Pretrial Conference and Hearing on Motions *in Limine* on September 8, 2025, at 11:00 a.m. [*Id.*]

///

///

3. This Court's Local Rules impose additional pretrial filing deadlines. These include, in relevant part:

   a. Deadlines to file Memoranda of Contentions of Fact and Law, Witness Lists, and a Joint Exhibit list of August 18, 2025 (21 days before Final Pretrial Conference) [L.R. 16-4, 16-5, 16-6.1; Dkt. 27]; and

   b. A deadline to file a Proposed Final Pretrial Order, including objections to exhibits, on August 28, 2025 (11 days before Final Pretrial Conference) [L.R. 16-6.3, 16-7].

4. A Jury Trial is currently scheduled to begin in this action on October 7, 2025. [Dkt. 27.]

5. The parties intend to attempt in good faith to resolve this action prior to trial. Accordingly, and in light of the Settlement Completion Cutoff imposed by the Court, counsel contacted the Court's assigned panel mediator for this case, Richard T. Copeland, on May 22, 2025, to schedule a mediation. Due to the mediator's and counsel's availability, the earliest date when counsel, the mediator, and other necessary attendees could hold a mediation was September 10, 2025. Accordingly, the parties have booked and plan to attend a mediation with Mr. Copeland on September 10, 2025. Regrettably, and despite counsel's best efforts, this date is after the current Settlement Completion Cutoff of August 6, 2025, and the Status Conference re: Settlement, currently scheduled for August 18, 2025, at 11:00 a.m. [Dkt. 27.]

6. On May 16, 2025, Defendants filed a Motion for Summary Judgment in this matter. [Dkt. 43.] Following briefing and oral argument, on June 23, 2025, the Court issued an order granting in part and denying in part the motion. [Dkt. 54.] On July 18, 2025, Defendants filed a Notice of Appeal regarding the denial in part of the motion. [Dkt. 55.] Counsel are currently engaged in meet-and-confer efforts regarding a potential motion to stay proceedings in this Court pending the outcome of Defendants' appeal.

7. In order to allow the parties to participate in the scheduled mediation and endeavor to resolve this action prior to trial, without the parties first having to prepare and submit the above-mentioned pretrial documents to the Court or litigate a motion to stay the action, the parties are respectfully requesting that the Court continue the deadlines governing the submission of the above-mentioned pretrial documents and hearing dates by a short period only, while maintaining the current trial date, as set forth below.

8. This is the first request by the parties for a continuance of any dates or deadlines in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATION RE: CONTINUANCE OF SCHEDULING ORDER AND LOCAL RULES DEADLINES**

9. Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate and request an order continuing the above-mentioned filing deadlines and hearing dates as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| **Settlement Completion Cutoff** | 08/06/2025 | 09/12/2025 |
| **Deadline to File Motions *in Limine*** | 08/11/2025 | 09/12/2025 |
| **Status Conference re: Settlement** | 08/18/2025 11:00 a.m. | 09/15/2025 11:00 a.m. |
| **Deadline to File Memoranda of Contentions of Fact and Law, Witness List, Joint Exhibit List** | 08/18/2025 | 09/12/2025 |
| **Deadline to File Proposed Final Pretrial Order (with Objections to Exhibits)** | 08/28/2025 | 09/15/2025 |
| **Deadline to File Oppositions to Motions *in Limine*** | (None Set) | 09/19/2025 |
| **Final Pretrial Conference and Hearing on Motions *in Limine*** | 09/08/2025 11:00 a.m. | 09/22/2025 11:00 a.m. |

10. The parties are not currently requesting a continuance of any other dates or deadlines set by the Court in this case and the parties understand that all other dates and deadlines, including the trial date, shall remain unchanged and unaffected by the parties' stipulation and by the Order requested by the parties.

**IT IS SO STIPULATED.**

DATED: August 4, 2025                    LAW OFFICES OF DALE K. GALIPO

                                                    By:  */s/ Benjamin S. Levine*
                                                         Dale K. Galipo
                                                         Benjamin S. Levine[1]
                                                         *Attorneys for Plaintiff V.L.*

DATED: August 4, 2025                    MARDIROSSIAN AKARAGIAN, LLP

                                                    By:  */s/ Lawrence D. Marks*
                                                         Garo Mardirossian
                                                         Lawrence D. Marks
                                                         *Attorneys for Plaintiffs S.L. and Carolyn Campbell*

DATED: August 4, 2025                    MANNING & KASS
                                                   ELLROD, RAMIREZ, TRESTER LLP

                                                    By:  */s/ Kayleigh Andersen*
                                                         Eugene P. Ramirez
                                                         Lynn L. Carpenter
                                                         Kayleigh Andersen
                                                         *Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.