# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L., a minor by and through the Guardian Ad Litem Kristine Llamas Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and through the Guardian Ad Litem Amber Snetsinger, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; and CAROLYN CAMPBELL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; SHAWN HUBACHEK; JIMMIE MCGUIRE; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00249-CAS-SPx<br><br>*Hon. Christina A. Snyder*<br><br>**ORDER RE: STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING PRETRIAL DEADLINES AND HEARINGS**<br><br>NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT |

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority; after due consideration of all of the relevant pleadings, papers, and records in this action; and Good Cause appearing therefor, IT IS HEREBY ORDERED that:

1. The following dates and deadlines in this matter are continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Settlement Completion Cutoff | 08/06/2025 | 09/12/2025 |
| Deadline to File Motions *in Limine* (No more than four (4) Motions in limine filed, per side. Motions in limine shall not exceed five (5) pages in length) | 08/11/2025 | 09/12/2025 |
| Status Conference re: Settlement | 08/18/2025 at 11:00 a.m. | 09/15/2025 at 11:00 a.m. |
| Deadline to File Memoranda of Contentions of Fact and Law, Witness List, Joint Exhibit List | 08/18/2025 | 09/12/2025 |
| Deadline to File Proposed Final Pretrial Order (with Objections to Exhibits) | 08/28/2025 | 09/15/2025 |
| Deadline to File Oppositions to Motions *in Limine* (Oppositions shall not exceed five (5) pages in length and no replies will be accepted) | (None Set) | 09/19/2025 |
| Final Pretrial Conference and Hearing on Motions *in Limine* | 09/08/2025 at 11:00 a.m. | 09/29/2025 at 11:00 a.m. |

2. Except as specified herein above, all other dates and deadlines shall remain unchanged and unaffected by the parties' stipulation and by this Order

**IT IS SO ORDERED.**

DATED: August 6, 2025

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE