# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L. a minor by and through the Guardian Ad Litem Kristine Llamas Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and through the Guardian Ad Litem Amber Sietsinger, individually and as successor-in-interest to JOHNNY RAY LLAMAS deceased; and CAROLYN CAMPBELL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; SHAWN HUBACHEK; JIMMIE MCGUIRE; and DOES 3¬10, inclusive,<br><br>Defendant. | Case No.: 5:24-cv-00249-CAS(SPx)<br>Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISTRICT COURT PROCEEDINGS**<br><br>Date:  Monday, September 15, 2025<br>Time:  10:00 am<br>Crtrm.: Courtroom 8D__<br><br>*Action Filed:*    02/01/2024 |

## [PROPOSED] ORDER

After due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other oral and documentary evidence or argument as was presented to the Court; pursuant to the Court's inherent and statutory powers, and to the Court's authority under the Federal Rules and the applicable Local Rules of the United States District Court, Central District of California, Good Cause appearing

therefore, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. The Court hereby GRANTS the Defendants' Motion, requesting an Order to stay the all district court proceedings, pending the resolution of the interlocutory appeal.

**IT IS SO ORDERED.**

Dated: _____

                                         Hon. Christina A. Snyder
                                         Judge, United States District Court