**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff V.L.*

Garo Mardirossian (SBN 101812)
garo@garolaw.com
Lawrence D. Marks (SBN 153460)
Lmarks@garolaw.com
**MARDIROSSIAN AKARAGIAN, LLP**
6311 Wilshire Blvd.
Los Angeles, CA 90048
Tel: (323) 653-6311
Fax: (323) 651-5511

*Attorneys for Plaintiffs S.L. and CAROLYN CAMPBELL*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L., a minor by and through the Guardian Ad Litem Kristine Llamas Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and through the Guardian Ad Litem Amber Snetsinger, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; and CAROLYN CAMPBELL, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF RIVERSIDE; SHAWN HUBACHEK; JIMMIE MCGUIRE; and DOES 3-10, inclusive,<br><br>    Defendants. | Case No. 5:24-cv-00249-CAS-SP<br><br>*Hon. Christina A. Snyder*<br><br>**STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING CERTAIN PRETRIAL DEADLINES**<br><br>*[Proposed Order filed concurrently herewith]* |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs V.L., S.L., and Carolyn Campbell, and Defendants County of Riverside, Shawn Hubachek, and Jimmie McGuire—the parties to this action—for the purpose of jointly requesting that the honorable Court enter an order, pursuant to Fed. R. Civ. P. 16(b)(4) and any applicable Orders of the Court, briefly continuing the applicable pretrial filing deadlines, as follows:

**GOOD CAUSE STATEMENT**

1. This is a wrongful death and survival civil rights action involving the Riverside County Sheriff's Department.

2. The Court issued an Order setting pretrial dates and deadlines in this action on June 3, 2024, including a deadline to file Motions *in Limine*. [Dkt. 27.] This Court's Local Rules impose additional pretrial filing deadlines, including deadlines to file Memoranda of Contentions of Fact and Law; Witness Lists; a Joint Exhibit list; and a deadline to file a Proposed Final Pretrial Order, including objections to exhibits. [L.R. 16-4, 16-5, 16-6.1, 16-6.3, 16-7.]

3. The foregoing deadlines were subsequently continued once by order of this Court, at the parties' request, to allow the parties to attempt to resolve this action at a September 10, 2025, mediation prior to trial, without the parties first having to prepare and submit the above-mentioned pretrial documents to the Court. As a result of the Court's order, the current deadlines for these documents are as follows [Dkt. 62]:

   a. Deadline to File Motions *in Limine*: September 12, 2025
   b. Deadline to File Memoranda of Contentions of Fact and Law, Witness List, and Joint Exhibit List: September 12, 2025
   c. Deadline to File Proposed Final Pretrial Order (with Objections to Exhibits): September 15, 2025

4. In the same order, this Court also imposed a Deadline to File Oppositions to Motions *in Limine* of September 19, 2025.

5. The parties participated in a mediation with the Court's assigned panel mediator for this case, Richard T. Copeland, on September 10, 2025, during which the action did not settle.

6. On July 18, 2025, following this Court's order denying in part and granting in part Defendants' motion for summary judgment [Dkt. 54], Defendants filed a notice of intent to appeal the summary judgment order. [Dkt. 55.]

7. On August 14, 2025, Defendants moved to stay this action in this Court pending their appeal. [Dkt. 63.] Defendants' motion is now fully briefed and is set for a hearing on Monday, September 15, 2025, at 10:00 a.m. [*Id.*; Dkt. 64-65.]

8. Following initial meet-and-confer efforts regarding the parties' anticipated motions *in limine*, counsel have continued these efforts in an attempt to stipulate to as many aspects of the anticipated motions as possible, and thereby streamline the pretrial issues to be litigated. However, counsel have learned that Defendants' counsel will be unavailable on Thursday, September 11, and Plaintiffs' counsel will be unavailable on Friday, September 12, the current deadline to file motions *in limine*.

9. In light of the foregoing, counsel for the Parties would substantially benefit from, and through this stipulation respectfully request, five (5) additional calendar days to file the Parties' motions *in limine*, any associated stipulation(s), and oppositions to the motions *in limine*. Given the proximity in the upcoming deadlines and the hearing on the pending motion to stay scheduled for the morning of Monday, September 15, counsel also respectfully request the same modest continuance of the current deadlines to file Memoranda of Contentions of Fact and Law, Witness Lists, Joint Exhibit List, and Proposed Final Pretrial Order.

10. A Pretrial Conference is currently scheduled for September 29, 2025, at 11:00 a.m. [Dkt. 62], and a Jury Trial is currently scheduled to begin in this action on October 7, 2025. [Dkt. 27.] Through this stipulation, the Parties are <u>not</u> requesting any continuance of these dates.

11. This is the second request by the parties for a continuance of any dates or deadlines in this matter.

**STIPULATION RE: CONTINUANCE OF CERTAIN PRETRIAL FILING DEADLINES**

12. Accordingly, in light of the foregoing Good Cause, the Parties hereby stipulate and request an order continuing the above-mentioned filing deadlines as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| **Deadline to File Motions *in Limine*** | 09/12/2025 | 09/17/2025 |
| **Deadline to File Memoranda of Contentions of Fact and Law, Witness List, Joint Exhibit List** | 09/12/2025 | 09/17/2025 |
| **Deadline to File Proposed Final Pretrial Order (with Objections to Exhibits)** | 09/15/2025 | 09/22/2025 |
| **Deadline to File Oppositions to Motions *in Limine*** | 09/19/2025 | 09/24/2025 |

13. The parties are not currently requesting a continuance of any other dates or deadlines set by the Court in this case and the parties understand that all other dates and deadlines, including the trial date, shall remain unchanged and unaffected by the parties' stipulation and by the Order requested by the parties.

**IT IS SO STIPULATED.**

DATED: September 10, 2025       LAW OFFICES OF DALE K. GALIPO

　　　　　　　　　　　　　　　　By:  /s/ Benjamin S. Levine
　　　　　　　　　　　　　　　　　　Dale K. Galipo
　　　　　　　　　　　　　　　　　　Benjamin S. Levine[1]
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff V.L.*

DATED: September 10, 2025       MARDIROSSIAN AKARAGIAN, LLP

　　　　　　　　　　　　　　　　By:  /s/ Lawrence D. Marks
　　　　　　　　　　　　　　　　　　Garo Mardirossian
　　　　　　　　　　　　　　　　　　Lawrence D. Marks
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs S.L. and Carolyn Campbell*

DATED: September 10, 2025       MANNING & KASS
　　　　　　　　　　　　　　　　ELLROD, RAMIREZ, TRESTER LLP

　　　　　　　　　　　　　　　　By:  /s/ Kayleigh Andersen
　　　　　　　　　　　　　　　　　　Eugene P. Ramirez
　　　　　　　　　　　　　　　　　　Lynn L. Carpenter
　　　　　　　　　　　　　　　　　　Kayleigh Andersen
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.