# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L., a minor by and through the Guardian Ad Litem Kristine Llamas Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and through the Guardian Ad Litem Amber Snetsinger, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; and CAROLYN CAMPBELL, individually,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF RIVERSIDE; SHAWN HUBACHEK; JIMMIE MCGUIRE; and DOES 3-10, inclusive,<br><br>　　　　Defendants. | Case No. 5:24-cv-00249-CAS-SP<br><br>*Hon. Christina A. Snyder*<br><br>**[PROPOSED] ORDER RE: STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING CERTAIN PRETRIAL DEADLINES** |

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority; after due consideration of all of the relevant pleadings, papers, and records in this action; and Good Cause appearing therefor, IT IS HEREBY ORDERED that:

1. The following deadlines in this matter are continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Deadline to File Motions *in Limine*** | 09/12/2025 | 09/17/2025 |
| **Deadline to File Memoranda of Contentions of Fact and Law, Witness List, Joint Exhibit List** | 09/12/2025 | 09/17/2025 |
| **Deadline to File Proposed Final Pretrial Order (with Objections to Exhibits)** | 09/15/2025 | 09/22/2025 |
| **Deadline to File Oppositions to Motions *in Limine*** | 09/19/2025 | 09/24/2025 |

2. Except as specified herein above, all other dates and deadlines shall remain unchanged and unaffected by the parties' stipulation and by this Order.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE