1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 S.L., a minor by and through the
Guardian Ad Litem Kristine Llamas

12 Leyva, individually and as successor-in-
interest to JOHNNY RAY LLAMAS,

13 deceased; V.L., by and through the
Guardian Ad Litem Amber Snetsinger,

14 individually and as successor-in-interest
to JOHNNY RAY LLAMAS, deceased;

15 and CAROLYN CAMPBELL,
individually,

16

17        Plaintiffs,

18

19        v.

20 COUNTY OF RIVERSIDE; SHAWN
HUBACHEK; JIMMIE MCGUIRE; and

21 DOES 3-10, inclusive,

22        Defendants.

23

Case No. 5:24-cv-00249-CAS-SPx

*Hon. Christina A. Snyder*

**ORDER RE: STIPULATION AND
JOINT REQUEST FOR ORDER
CONTINUING CERTAIN
PRETRIAL DEADLINES**

24                        **<u>ORDER</u>**

25        PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to

26 the Court's inherent and statutory authority; after due consideration of all of the

27 relevant pleadings, papers, and records in this action; and Good Cause appearing

28 therefor, IT IS HEREBY ORDERED that:

1.    The following deadlines in this matter are continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Deadline to File Motions** *in Limine* | 09/12/2025 | 09/17/2025 |
| **Deadline to File Memoranda of Contentions of Fact and Law, Witness List, Joint Exhibit List** | 09/12/2025 | 09/17/2025 |
| **Deadline to File Proposed Final Pretrial Order (with Objections to Exhibits)** | 09/15/2025 | 09/22/2025 |
| **Deadline to File Oppositions to Motions** *in Limine* | 09/19/2025 | 09/24/2025 |

2.    Except as specified herein above, all other dates and deadlines shall remain unchanged and unaffected by the parties' stipulation and by this Order.

**IT IS SO ORDERED.**

DATED: September 11, 2025

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE