**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff V.L.*

Garo Mardirossian (SBN 101812)
garo@garolaw.com
Lawrence D. Marks (SBN 153460)
Lmarks@garolaw.com
**MARDIROSSIAN AKARAGIAN, LLP**
6311 Wilshire Blvd.
Los Angeles, CA 90048
Tel: (323) 653-6311
Fax: (323) 651-5511

*Attorneys for Plaintiffs S.L. and CAROLYN CAMPBELL*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L., a minor by and through the Guardian Ad Litem Kristine Llamas Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and through the Guardian Ad Litem Amber Snetsinger, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; and CAROLYN CAMPBELL, individually,<br><br>      Plaintiffs,<br><br>  v.<br><br>COUNTY OF RIVERSIDE; SHAWN HUBACHEK; JIMMIE MCGUIRE; and DOES 3-10, inclusive,<br><br>      Defendants. | Case No. 5:24-cv-00249-CAS-SP<br><br>*Hon. Christina A. Snyder*<br><br>**JOINT STATUS REPORT RE INTERLOCUTORY APPEAL** |

**TO THE HONORABLE COURT:**

As directed by the Court in its Order staying this action pending resolution of Defendants' interlocutory appeal [Dkt. 70], Plaintiffs, S.L., V.L., and Carolyn Campbell; and Defendants, County of Riverside, Shawn Hubachek, and Jimmie McGuire (collectively, the Parties), provide the following joint status report regarding the appeal.

Following this Court's issuance of an order denying in part Defendants' motion for summary judgment [Dkt. 54], on July 28, 2025, Defendants filed a notice of appeal. [Dkt. 55.] On Defendants' motion [Dkt. 63], on September 15, 2025, this Court stayed these proceedings during the pendency of the appeal. [Dkt. 70.]

On July 22, 2025, the U.S. Court of Appeals for the Ninth Circuit docketed Defendants interlocutory appeal, Docket No. 25-4537. On October 14, 2025, Plaintiffs moved in that court to dismiss in part Defendants' appeal for lack of jurisdiction, which the court denied without prejudice on October 31, 2025.

On December 3, 2025, Defendants filed their opening brief in the Ninth Circuit. Plaintiffs' answering brief is currently due on February 2, 2026. An optional reply brief is due 21 days after service of the answering brief. No oral argument has yet been scheduled.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

DATED: January 12, 2026          LAW OFFICES OF DALE K. GALIPO

                                               By:   */s/ Benjamin S. Levine*
                                                       Dale K. Galipo
                                                       Benjamin S. Levine[1]
                                                       *Attorneys for Plaintiff V.L.*

DATED: January 12, 2026          MARDIROSSIAN AKARAGIAN, LLP

                                               By:   */s/ Lawrence D. Marks*
                                                       Garo Mardirossian
                                                       Lawrence D. Marks
                                                       *Attorneys for Plaintiffs S.L. and Carolyn Campbell*

DATED: January 12, 2026          MANNING & KASS
                                            ELLROD, RAMIREZ, TRESTER LLP

                                             By:   */s/ Kayleigh Andersen*
                                                       Eugene P. Ramirez
                                                       Kayleigh Andersen
                                                       *Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.