**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
*Attorneys for Plaintiff V.L.*

Garo Mardirossian (SBN 101812)
garo@garolaw.com
Lawrence D. Marks (SBN 153460)
Lmarks@garolaw.com
**MARDIROSSIAN AKARAGIAN, LLP**
6311 Wilshire Blvd.
Los Angeles, CA 90048
Tel: (323) 653-6311
Fax: (323) 651-5511
*Attorneys for Plaintiffs S.L. and CAROLYN CAMPBELL*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

S.L., a minor by and through the Guardian Ad Litem Kristine Llamas Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and through the Guardian Ad Litem Amber Snetsinger, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; and CAROLYN CAMPBELL, individually,

        Plaintiffs,

    v.

COUNTY OF RIVERSIDE; SHAWN HUBACHEK; JIMMIE MCGUIRE; and DOES 3-10, inclusive,

        Defendants.

Case No. 5:24-cv-00249-CAS-SP

*Hon. Christina A. Snyder*

**JOINT STATUS REPORT RE INTERLOCUTORY APPEAL**

Case No. 5:24-cv-00249-CAS-SP

**TO THE HONORABLE COURT:**

As directed by the Court in its Order staying this action pending resolution of Defendants' interlocutory appeal of the Court's partial denial of their motion for summary judgment [Dkt. 70], Plaintiffs, S.L., V.L., and Carolyn Campbell; and Defendants, County of Riverside, Shawn Hubachek, and Jimmie McGuire (collectively, the Parties), provide the following joint status report regarding the appeal.

Defendants' appeal remains pending in the U.S. Court of Appeals for the Ninth Circuit, Docket No. 25-4537. On December 3, 2025, Defendants filed their opening brief. On February 2, 2026, Plaintiffs filed their answering brief. On March 30, 2026, Defendants filed a reply brief. Oral argument is set for May 21, 2026, in Pasadena.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,


DATED: April 13, 2026          LAW OFFICES OF DALE K. GALIPO


                               By:  /s/ Benjamin S. Levine
                                    Dale K. Galipo
                                    Benjamin S. Levine[1]
                                    *Attorneys for Plaintiff V.L.*


DATED: April 13, 2026          MARDIROSSIAN AKARAGIAN, LLP


                               By:  /s/ Lawrence D. Marks
                                    Garo Mardirossian
                                    Lawrence D. Marks
                                    *Attorneys for Plaintiffs S.L. and
                                    Carolyn Campbell*


DATED: April 13, 2026          MANNING & KASS
                               ELLROD, RAMIREZ, TRESTER LLP


                               By:  /s/ Kayleigh Andersen
                                    Eugene P. Ramirez
                                    Kayleigh Andersen
                                    *Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.