**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
*Attorneys for Plaintiff V.L.*

Garo Mardirossian (SBN 101812)
garo@garolaw.com
Lawrence D. Marks (SBN 153460)
Lmarks@garolaw.com
**MARDIROSSIAN AKARAGIAN, LLP**
6311 Wilshire Blvd.
Los Angeles, CA 90048
Tel: (323) 653-6311
Fax: (323) 651-5511
*Attorneys for Plaintiffs S.L. and CAROLYN CAMPBELL*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L., a minor by and through the Guardian Ad Litem Kristine Llamas Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and through the Guardian Ad Litem Amber Snetsinger, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; and CAROLYN CAMPBELL, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE; SHAWN HUBACHEK; JIMMIE MCGUIRE; and DOES 3-10, inclusive, <br><br> Defendants. | Case No. 5:24-cv-00249-CAS-SP <br><br> *Hon. Christina A. Snyder* <br><br> **JOINT STATUS REPORT RE INTERLOCUTORY APPEAL** |

Case No. 5:24-cv-00249-CAS-SP

JOINT STATUS REPORT RE INTERLOCUTORY APPEAL

**TO THE HONORABLE COURT:**

As directed by the Court in its Order staying this action pending resolution of Defendants' interlocutory appeal of the Court's partial denial of their motion for summary judgment [Dkt. 70], Plaintiffs, S.L., V.L., and Carolyn Campbell; and Defendants, County of Riverside, Shawn Hubachek, and Jimmie McGuire (collectively, the Parties), provide the following joint status report regarding the appeal.

Defendants' appeal remains pending in the U.S. Court of Appeals for the Ninth Circuit, Docket No. 25-4537. Following full briefing, oral argument was held on May 21, 2026, in Pasadena, and the appeal was then taken under submission by the Ninth Circuit panel. No opinion has yet been issued by the panel.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

DATED: July 13, 2026          LAW OFFICES OF DALE K. GALIPO

By: /s/ Benjamin S. Levine
Dale K. Galipo
Benjamin S. Levine[1]
*Attorneys for Plaintiff V.L.*

DATED: July 13, 2026          MARDIROSSIAN AKARAGIAN, LLP

By: /s/ Lawrence D. Marks
Garo Mardirossian
Lawrence D. Marks
*Attorneys for Plaintiffs S.L. and
Carolyn Campbell*

DATED: July 13, 2026          MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: /s/ Kayleigh Andersen
Eugene P. Ramirez
Kayleigh Andersen
*Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.