UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| S.L., a minor by and through the Guardian Ad Litem Kristine Llamas Leyva, individually and as successor-in-interest to Johnny Ray Llamas, deceased; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> COUNTY OF RIVERSIDE; et al., <br><br> Defendants - Appellants. | No. 25-4537 <br><br> D.C. No. 5:24-cv-00249-CAS-SP <br><br> Central District of California, Riverside <br><br> MANDATE |

The judgment of this Court, entered July 15, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT