# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - APPEALS

| | | | |
|---|---|---|---|
| Case No. | 5:24cv00249 CAS (SPx) | Date | August 11, 2026 |
| Court of Appeals Case No. | 25-4537 | | |
| Title | *S.L.; ET AL. v. COUNTY OF RIVERSIDE; ET AL.* | | |
| Present: The Honorable | CHRISTINA A. SNYDER | | |

| CATHERINE JEANG | NOT PRESENT | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| Attorneys for Plaintiff(s): | Attorney(s) for Defendant(s): |
|---|---|
| NOT PRESENT | NOT PRESENT |

**PROCEEDINGS:   (IN CHAMBERS): HEARING ON MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS** [76]

THE COURT REVIEWS the mandate (judgment or order) of the Ninth Circuit Court of Appeals:

    ___ Affirming    ___ Dismissing Appeal    ___ Affirming in part, reversing in part

    ___ Remanding     X  Reversing and Remanding    ___ Other: ___

___ The record reflects that costs of the prevailing party were taxed by the Ninth Circuit Court of Appeals in the amount of:

    $ _____ on _____

 X  Other:   The Court sets a Zoom Status Conference re: Filing and Spreading of the Ninth Circuit Mandate [76] on **September 14, 2026**, at **11:00 A.M.**  Zoom Webinar Information can be found on the Court's Website, under Judge Snyder's Procedures and Schedules.

___ Make JS-5

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |