**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff V.L.*

Garo Mardirossian (SBN 101812)
garo@garolaw.com
Lawrence D. Marks (SBN 153460)
Lmarks@garolaw.com
**MARDIROSSIAN AKARAGIAN, LLP**
6311 Wilshire Blvd.
Los Angeles, CA 90048
Tel: (323) 653-6311
Fax: (323) 651-5511

*Attorneys for Plaintiffs S.L. and CAROLYN CAMPBELL*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

S.L., a minor by and through the Guardian Ad Litem Kristine Llamas Leyva, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; V.L., by and through the Guardian Ad Litem Amber Snetsinger, individually and as successor-in-interest to JOHNNY RAY LLAMAS, deceased; and CAROLYN CAMPBELL, individually,

Plaintiffs,

v.

COUNTY OF RIVERSIDE; SHAWN HUBACHEK; JIMMIE MCGUIRE; and DOES 3-10, inclusive,

Defendants.

Case No. 5:24-cv-00249-CAS-SP

*Hon. Christina A. Snyder*

**NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES**

Status Conference:
Nov. 23, 2026, 11:00 a.m.

**TO THE HONORABLE COURT:**

Plaintiffs, S.L., V.L., and Carolyn Campbell, and Defendants, County of Riverside, Shawn Hubachek, and Jimmy McGuire—the parties to this action—by and through their respective attorneys of record, hereby inform the Court of their conditional settlement of this entire matter, and respectfully request that the Court vacate all dates in this matter as the parties finalize their settlement, and stipulate as follows:

WHEREAS, following negotiations between the parties and counsel, the parties have reached an agreement for the conditional settlement of this entire action.

WHEREAS, the parties are in the process of completing and executing a settlement agreement confirming conditional settlement.

WHEREAS, Plaintiffs S.L. and V.L. are minors whose settlements of their claims in this action will require the Court's approval, following these Plaintiffs' anticipated submission of applications for the approval of the compromise of their claims, which will be filed with the Court on an *ex parte* basis as soon as possible.

WHEREAS, in light of this agreement having recently been reached and the upcoming Status Conference scheduled for November 23, 2026, at 11:00 a.m., the parties wish to make the Court aware of the conditional settlement and are content to have the remaining dates and deadlines vacated based on the conditional settlement.

WHEREAS, the parties respectfully request that all dates and deadlines be vacated based on the parties' conditional settlement of the entire action.

WHEREAS, following the necessary approvals, the filing and resolution of applications for the compromise of the minor Plaintiffs' claims, and payment of the settlement funds, the parties will file a stipulated dismissal of the entire action with prejudice. The parties further request that the Court set a status conference or a deadline for the parties to file a status report in approximately six (6) months, at which time the parties can advise the Court of the status of settlement, if the

application for the approval of the minor Plaintiffs' claims has not been resolved and dismissal documents have not yet been filed by that time.

Respectfully submitted,

DATED: November 20, 2026

LAW OFFICES OF DALE K. GALIPO

By: /s/ Benjamin S. Levine
Dale K. Galipo
Benjamin S. Levine[1]
*Attorneys for Plaintiff V.L.*

DATED: November 20, 2026

MARDIROSSIAN AKARAGIAN, LLP

By: /s/ Lawrence D. Marks
Garo Mardirossian
Lawrence D. Marks
*Attorneys for Plaintiffs S.L. and Carolyn Campbell*

DATED: November 20, 2026

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: /s/ Kayleigh Andersen
Eugene P. Ramirez
Kayleigh Andersen
*Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.